CAUSE NO.    3:24 mc 48. mcR - HTC

| | | |
|---|---|---|
| In the Interest of the Public | § | |
| For the matter of | § | Directly and/or indirectly |
| | § | associated with the property |
| In re: Anne-Frances: Ziegenhorn | § | of a minor/infant |
| Real Party in Interest (*jus personarum*) | § | |
| | § | |
| Anne-Frances: Gudson, infant/minor | § | |
| | | |
| Claimant | § | |
| | | Expressing the Trust |
| | | |
| | | Special Deposit |

---

### LETTER OF INSTRUCTION IN EQUITY
### PRESENTMENT TO VOID PROCEEDINGS AND JURISDICTION

INTRODUCTION AND BACKGROUND with Memorandum of Law (Exhibit A)

COMES NOW, Anne-Frances: Ziegenhorn, a natural living woman, **being of majority status** conducting the style condition of **The Principal and Beneficial Equitable Title Holder, and not an infant/minor,** hereinafter "Complainant" also known as Claimant. As such I am exercising as well as retaining and reserving all rights, natural, private commercial, incorporeal or otherwise and does tender this claim and make the claim that the tender was special deposited on the accounts receivables books of the court, via the respondent's commercial filings and/or other deposits into the courts registry, who by there own

FILED USDC FLND PN JF)
JUL 22 '24 PM1:28

admission of the complaint showing or causing to show the existence of a qualified endorsement.

The respondent has come into this matter related to a trust in the capacity that is; unsustainable, and thus is perceived as; standing in its unadulterated non-immune capacity and liable for all damages incurred, assessments as well as penalties.

On its face it appears that the Respondent's intent and purpose, was to take up the election to treat the within reference complaint as a draft, rather than a promise to pay. A complaint is a promise to pay, and a draft is a order to pay, and the person holding the instrument can treat it as either. **The court converted the complaint to a draft** (a form currency conversion). There might be cause for one to raise and/or complain that they lack understanding, that such information is foreign to them; and it is at that time that such an individual documents their lack of knowledge, for overseeing such matter that specially deals with an **express trust and the estate of an infant,** which involves exclusive jurisdiction and not concurrent jurisdiction. This court acts as an administration venue as a result of the administration acts and the presidential proclamation 2038, 2039, and 2040 – for which the presidents of the United States have exercised "Emergency Powers Jurisdiction" continuously, from 1933 to the present, according to the Senate report on national emergencies associated with the National Emergencies Act. To insure this information is not ambiguous, nor is it foreign to government, for the the Senate of the United States Congress has verified the aforementioned facts.
**Equities Implied Expression of a trust.**

***Minor account means an account that a <u>custodian controls</u> on behalf of a minor, this is referred to as <u>a resulting trust</u> the definition of a resulting trust is:*** A **resulting trust** (from the Latin "resalire" **meaning** 'to jump back') is the creation of an implied **trust** by operation of **law,** where property is transferred to someone who pays nothing for it; and then is implied to have held the property for benefit of another person.

## JURISDICTION AND VENUE

Jurisdiction is proper "other jurisdiction" wherein the Constitution, whereby Judicial Power, SECTION authorizes such out of necessity. The judicial power shall be vested in one Supreme Court, (who may extend such powers in a Court of Appeals, in District Courts, in County Courts, in Metropolitan Courts), and in such other courts and may be established by positive law i.e. equity, as equity is the law, as equity is everything and law without equity **must still render equity.** Therefore, this court has the power to decree in equity upon this **Express Trust matter** in-camera/chambers, and may enforce the Bill of Rights put forth in this bill as expressed in the Constitution.

We must remember as shall be discussed briefly in a moment, that an attorney who represents an individual who has not yet attained the age of majority, is said to represent a ward of the court. An Attorney holds an administrative position as an officer of the court and as such, the attorney becomes for the ward an appointed guardian ad litem. **Now in proof that the trust exists,** and is for all necessities and purposes a "RESULTING TRUST", in that upon attaining majority, the securities, assets, properties of the infant estate becomes **the rightful property of the beneficiary who has attained the age of majority.** Seeing that this is a "Resulting Trust", by operation of law and as a result of the principles of equity, and that it involves a minor and/or infant and/or the properties of an infant, the proper jurisdiction is that of equity who has and maintains a right a right to inherent jurisdiction.

## RULE OF LAW

Whereby this cause, being a complaint in **exclusive equity jurisdiction,** (as it directly

involves the property/estate/securities of an infant/minor), cites the rule of law as follows upon:

## BILL OF RIGHTS

No person's (to include infants/minors) property shall be taken, damaged or destroyed for or applied to public use without adequate compensation being made, unless by the consent of such person, and, when taken, except for the use of the State, such compensation shall be first made, or secured by deposit of money.

## JURISDICTION OF COURTS OVER THE ESTATES OF INFANTS

**Jurisdiction over the estate of an infant is inherent in equity,** but it may also be vested by administrative constitutional and administrative statutory provisions in particular courts; the administrative institution of proceedings affecting an infant's property makes the infant a ward of the court (held in trust, for such the seizure of rights and/or property could only be instituted as a result of a prior relationship i.e. a special relationship, whereby the infant/minor is the beneficiary, the state (court) the settlor and its agents and/or officers trustees, constituting a trust relationship, in equity) which has broad powers and the duty to protect his or her interests.

**Courts of equity have GENERAL AND INHERENT JURISDICTION over the property of infants.** Primary jurisdiction over the estate of infants may, under administrative constitutional or administrative statutory provisions, be vested in the probate, county, district, or other specific court.

**The jurisdiction can be exercised only when the court has acquired jurisdiction as to the particular infant/minor or subject matter** (jurisdiction over estates/trusts are exclusive in nature over which courts of equity have exclusive jurisdiction, and such matters must be heard at

equity). The commencement of a proceeding affecting the infants property vest the court with jurisdiction over his or her estate, pursuant to which the court acts in loco parentis or as a guardian, and the infant becomes its ward. **It is the duty of the court to safeguard the infants property interest with great care** i.e. **In trust.**

After the jurisdiction of the court has attached, either through an appearance which equates to submitting to the court's jurisdiction, and/or a plea being entered by the infant/minor, the court in its administrative capacity has broad, comprehensive and plenary powers over the estate of the infant/minor, however, courts of equity have exclusive jurisdiction over the property, of the infant/minor. This court may adjudicate the rights and equities of the infant and property, **yet only in equity,** and it may cause to be done whatever may be necessary to preserve and protect the infants's estate which includes the property/assets of said estate. However, the exercising of such powers must be tempered with reasonable limitations, and one major limitation is that courts of equity have exclusive jurisdiction over the property/assets of an infant. Therefore, **the court cannot act in violation of administration constitutional or statutory limitations on its power,** which the court or parties have done by establishing the instant matter, and thus attempt to deprive the infant/minor of the right to the absolute enjoyment of the funds of one who has come forth now, **and is appearing at the age of majority in correction of any presumptions by previous actions or appearances in this matter.**

An infant is not competent to waive the administration statutory requirements enacted for his or her benefit and protection, with respects to the manner in which the jurisdiction of the court may be exercised, unless and until they attain the age of majority, then they can either.

**JURISDICTION OF COURTS OVER ESTATES OF INFANT/MINORS-JUDICIAL ALLOWANCES FOR SUPPORT, MAINTENANCE AND EDUCATION.**

Respondent(s) could not have had a valid claim against infant/minor without personal

knowledge and a copy of the photo, Finger-prints, A Forced plea, Coercion, Threats, False imprisonment, a false commercial claim is/are not considered lawful evidence and/or knowledge, because such copies are held as a forgery, evidence of involuntary servitude.

Furthermore, courts in conducting "Commerical" Business of the court must give/disclose to or upon a party upon demand the bookkeeping entries (both receivables and payables) with an affidavit, and demand is hereby made for immediate production or the all evidence is hearsay evidence into the court. The infant/minor having attained the age of majority hereby challenges the bookkeeping and demands the full accounting on the accounts receivables and accounts payable(s) and all dividends, profits, rents, escrows, etc. resulting from the deposit of TRUST/Estate of the ward/Beneficiary onto the courts accounts receivables and other general intangibles.

### Movement for Relief

**Complainant is entitled to the relief of damages in equity,** as 'equity must cause equity to be, though the heavens fall '; Complainant is entitled to relief in the form of damages for the following reasons;

Respondent(s) has taken the private property of the complainant under extreme duress and threat of violence against Complainant's life, property, liberties without just compensation without the expressed and/or written consent of Complainant. Respondent had a duty to respond to all complainants and questions because of the legal **special relationship** of the parties and by not responding the Respondent is in breach of trust, because the infant estate and duty of care associated therewith/thereto is an express trust:

**"Verified Memorandum of Principles of Law and Points of Authorities on Express Special Relationship Trusts"**

The court and its officers are a legal title holder of not only the express trust, but also the constructive trust.

As now has been placed on the record I share the same or similar name as the named defendant in their case 2021 MM 004578F ANNE FRANCES ZIEGENHORN. However, for clarification, I am not now acting in the capacity as the named defendant, I am the beneficiary and equitable title holder. None of this information is foreign to the court, this matter must proceed in equity, failure and/or refusal to proceed at equity, under exclusive jurisdiction will constitute contempt of justice.

**ELEMENTS OF A TRUST:**

1. Settlor/Grantor/Trust – intended to create a trust, which is perceived by the reasonable observer, as in the case of the New Deal and the several Federal Acts and associated State regulations-

    a. The Emergency Banking Relief Act of March 9th, 1933

    b. The Social Security Act of 1934, the Trust Indenture Act

    c. The Social Security Trust

    d. The Treasury Trust

    e. The Public Trust and the Administration thereof

These are each Specific and Special RELATIONSHIP Agreements, as they are specially designed and voluntarily submitted to as required by the 13th Amendment Authorizing such.

2. Rights Must Be Identified

    a. As evidenced by Due Process of Statutory Provisions and the 14th Amendment section 1 & 4

3. Identification of Beneficiary- Whom the property is held on behalf of (held in-trust)

4. Shares/Assets/Property must be Identified

5. The Trust must be Workable

6. Must have an ending i.e. can't last forever

All Elements of a Trust Are Present – 31 C.F.R. SS 363.6

***Minor means an individual under the age of 18 years. The term minor is also used to refer to an individual who has attained the age of 18 years but has not yet taken control of the <u>securities</u> contained in his or her minor account.***

*Minor account means an account that a <u>custodian controls</u> on behalf of a minor, that linked to the custodian's primary account. (See 31 CFR § 363.10 and 363.27 for more information about minor accounts.)*

**The Settlor is Federal Government** directly and through the state and local governments (this indication is specified by the use of the Lower Cased "state" and "government" , and other proper nouns). Through various acts of Congress, and through the Age of Majority Act's.

The identity of the **Equitable Beneficial Title Holder is the Minor** both un-attained and attained, until they control the Securities/Shares in the trusted account.

The rights are identified by **the right to attain the age of Majority, to gain control of Securities Held in one's Minor Account,** and to be free Minors Disabilities.

The Trust is workable in that the Custodian/Fiduciary/Trustee/Ministerial Clerk must *hold the minor/infant account in trust* on/for the benefit/behalf of a minor/infant, that is linked to the

custodian's primary account (in Most Instances the Federal and State Treasures).

The Trust may not last forever as it and the duties of all parties end upon the attaining the age of Majority, and documents such in a definitive manner by attaching an affidavit attesting such to his or her BIRTH CERTIFICATE NOTE THE PRINCIPLE:

"the register of titles is authorized to receive for registration of memorials upon say outstanding certificate of <u>an offical birth certificate pertaining to a registered owner named and said certificate of title showing the date of birth of said registered owner</u>, providing there is attached to said certificate an affidavit of an affiant who states that he/her is familiar with the facts recited, stating that the party named and said birth certificate is the same party as one of the owners name and said certificate of title, and that thereafter the register of titles shall treat registered owner as having obtained the age of majority as of the date of 18 years after the date of birth shown on said certificate"....

The aforementioned is a general court rule, meaning that it applies in principle in all birth certificate attaining related matters, and administrative proceeding. **A Power of Attorney** titled in part. "Anne Frances Ziegenhorn" **and ALL variations** power-of-attorney-general IN FACT", **#116501380, A PRIVATE SPECIAL RELATIONSHIP EXPRESS TRUST,** encompassing all related matters and associated properties is at issue invoking EXCLUSIVE JURISDICTION AT/IN EQUITY.

**This matter does not involve a statutory and/or constitutional provision respecting a minor and/or infant, this matter exclusively and specially involves an estate/trust and the property of an infant/minor under equitable law.**

Generally, an infant may require property rights, but he or she is not regarded as capable of managing his or her property. Hence, the law does not entrust him or her with the custody or control of his or her estate. There reason, an infant/minor is not capable of managing his or her own property, is because they have not yet attained the age of 18 and or taken control of the securities, assets,

properties held in their minor account, a good principle of equitable law.

Generally, as an equitable principal, the statute of limitations, is suspended as against infants during their disability, or either do not begin to run against an infant until the obtaining of majority, or where infancy does not toll the statutes, the **infant is allowed a statutory period after attaining majority** to contest any adverse possessions which commence during infancy. Here, the influence is upon the infant attaining the age of majority, the same with respects to a minor and/or juvenile, and as noted, such a person shall remain a minor and/or infant until such time as they gain control of the assets held in their minor account through equity.

With this supporting affidavit, the Complainant states this court in good conscience and good reason shall aid the complainant in his prayer or **show cause via facts and conclusions of equitable law** why he is not entitled to just compensation and other equitable relief to which he is entitled as equitable beneficial title holder.

Complainant prays to this court for damages in the amount as specified in the contract and the value of the full estate plus interest, for the court is under obligation in the exercise of its inherent equitable powers to do equity.

Complainant additionally prays for **an injunction** to issue against Respondent and the, Attorney for an attempted taking of trust property, private information and solicitation against the complainant where he is not entitled to act against the trust with just or any other cause, for such is construed as inter-meddling with the estate of the infant/minor, for which they are strict and severe penalties.

Sources Cited:

§ 336. Damages – The power to award damages in a proper case, as a necessary incident to other purely equitable relief and in the same decree, is fully admitted, and even to award damages alone

in very special cases; but the jurisdiction has been exercised with the utmost caution and reserve. See JUDICIAL INTERPRETATION OF JURISDICTION, Pemeroy, Equity Jurisdiction.

A court of equity grants the relief of compensatory damages in connection with some other specific relief, and under very peculiar circumstances it decrees the payment of damages alone. Several kinds of equitable suits are wholly pecuniary in their relief, as those for contribution and exoneration. See JUDICIAL INTERPRETATION OF JURISDICTION., Pomeroy, Equity Jurisprudence:

Maxims of Equity and Adjudication States that a court of equity (§ 56) to protect and enforce rights to property the object of suits in chancery. The term "property", as used in this section, includes that is the subject of exclusive individual ownership; or, to be more specific, includes not only lands, house, goods and chattels, rights and credits, but also a man's/woman's person, and his wife and minor children and his/his right to work, and to sell and acquire property, and engage in any lawful business, and his/her and there reputation, health and capacity to labor, and his/her and their right to enjoy the senses of sight, smell, hearing and taste, and his/hers and their right to speech and locomotion, and his/her and their right to enjoy their sense of moral propriety when normal. As men/woman live by their labor and property, no man/woman is presumed to part with either without receiving or expecting an equivalent in value. Hence, whenever one person

has obtained either the labor or property of another he should pay or account therefor, unless he can prove it was a gift; and so, whatever injury one person does to another's property or capacity to labor should be made good.

I declare under the laws of the United States of America that foregoing is true and correct. Executed on this _11th_ day of July, 2024

By _____ , TTEE

Anne Ziegenhorn, TTEE
for Private Trust

**JURAT**

<u>State of</u> Florida

<u>County of</u> Okaloosa

Subscribed and sworn to before me on this ___11th___ day of ___July___ , 20__24__

by Anne Ziegenhorn, TTEE for the Complainant/Claimant and equitable **beneficial** title holder; who has provide a United States Passport as Photo Identification to be who he claims to be.

_____ (Notary's Signature) Notary Public

SEAL:_____

Notary Public State of Florida
Jennifer R McCann
My Commission  HH 516872
Expires  4/26/2028

*Private Redact*
*the Name of Trust*

_____ LIVING ESTATE
913 Beal Parkway Northwest, Suite A-1065
Fort Walton Beach, Florida [32547]

_____ THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY _____

## DECLARATION of Trust for

[                    ] ESTATE

This memorandum establishes for the public record, an actual and constructive notice of the foregoing Declarations delivered to the trustee to establish the[                    ]NG ESTATE (TRUST), hereinafter ("Trust") as of December 27, 2022. Any person(s) may rely upon this memorandum as evidence of the existence of the trust under the agreement as set forth in the declarations, indentures, bylaws, and articles. Any person(s) is/are relieved of any obligation to verify that any transaction entered into by Trustee(s) thereunder is consistent with the terms and conditions of said Declaration under the Agreement.

Know that,

1. The Grantor did convey certain property and rights therein, to[                    ] (TRUST) 98-XXXXXXX, as trustee, whose office is located at 913 Beal Parkway Northwest, Suite A-1065, Fort Walton Beach, Florida [32547]; and that, A-Z PRIVATE BANK 88-3XXXXXX, as successor trustee, and[                    ](TRUST)93-XXXXXXX as secondary successor trustee, and that;

2. The Trustee shall have full power and authority to borrow money, make loans, open and close banking, checking, savings, and investment accounts of any kind whatsoever, make deposits, withdrawals, or make payments in full or partial satisfaction of Trust obligations for the benefit of the Trust.

NOW, THEREFORE, IN WITNESS WHEREOF, I, duly execute this Declaration of Trust hereunto set my hand and seal as of this ___29th___ day of ___December___ 2022

By: Anne Ziegenhorn,
Occupant Executrix Office

| Florida State | **Notary Acknowledgment** |
| --- | --- |
| Okaloosa County | |

BE IT KNOWN, that on the _29_ Day of _December_ Two Thousand Twenty-two
This instrument was signed before me and witness my hand and official seal.

_____
Notary Public - Signature

Notary Public State of Florida
Jennifer R. McCann
My Commission GG 981747
Expires 04/26/2024

**ECACY TRUST**

for t'                                    N ESTATE

**Exhibit "A"**

Property description

This property description includes the Grantors whole organic body., including, but not limited to, all organs, body parts, and bodily functions including:

| | |
|---|---|
| Amniotic fluid | Lungs |
| Appendix | Lymph nodes |
| Arms, Wrists, hands, Fingers, Fingernails | Melanin |
| Arteries, Capillaries, Nerves, Veins | Microbiome |
| Bladder .kidneys, Liver | Molecules or atoms |
| Blood red cells, white blood cells, Immune cells, stem cells, plasma serum | Mouth, Teeth, Tongue, Gingival Tissue, Lips, Labia Muscles |
| Bones, Bone Marrow | Neck |
| Brain | Nose, Nasal Passages |
| Breast, Bone, Breast Milk, Chest | Ovaries, Clitoris, Uterus,Vulva |
| Cerebral Spinal Fluid, Spine, Spinal Cord | Pancreas, Spleen, Stomach |
| Connective tissue, ligaments, tendons, cartilage, loose connective tissue | Secretions, cells, glands, organs |
| Corneas , Eyes, Retinas, Lenses | Skeleton |
| DNA, Stem Cells | Skin |
| Ears, Lobes, inner and outer ears | Spleen |
| Gallbladder Anus | Stomach, Intestines (Large and Small), Bowels, |
| Glands, Pituitary, Adrenal, Pineal, Thyroid | Torso |
| Head, Hair, Skull, Cranium | Trachea, Laranyx |
| Heart | |
| Hips, Legs, Ankles, Feet, Toes | |

Electricity harvested from bodily function and daily movements. Cell storage in brain.
AFG by: ___ TEE Dec.29. 2022    witness: ___ 29ᵗʰ Day of December 2022
_____ By initializing this statement, I acknowledge that I do not consent to any forced injections, any forced blood transfusion, or any forced organ harvesting. For any violations of these acknowledgments, please refer to the fee schedule for corresponding financial compensation.

This property description includes the property described above together with all rights, title, and interest in and to all, birth, marriage, Death, Medical, Insurance records or certificates, any other deeds, titles, personal data, digital assets, intellectual property rights belonging to the grantor, and grantor's wishes for Funeral arrangements.

Registered mail RE 6062830709 US

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT SUBMITTER (optional)**
Anne-Frances: Ziegenhorn 850-543-0390

**B. E-MAIL CONTACT AT SUBMITTER (optional)**
ladyannez@startmail.com Registered#RE6062837091S

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

Anne-Frances: Ziegenhorn
913 Beal Parkway Suite A 1065
Fort Walton Beach, Florida Republic
FL 32547 1402 US

SEE BELOW FOR SECURED PARTY CONTACT INFORMATION

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| ANNE FRANCES ZIEGENHORN a UCC social security SURETY for a private For Profit Organizati | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| c/o 913 Beal Parkway NW Suite A 1065 | Fort Walton Beach | FL | 32547 | US |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| ANNE FRANCES GUDSON a UCC social security SURETY for a For Profit Organization | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| c/o 913 Beal Parkway NW Suite A 1065 | Fort Walton Beach | FL | 32547 | US |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| A-Z PRIVATE BANK E&T ANNE ZIEGENHORN INDIVIDUAL BANKER/EIN 88-3142646 | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 913 Beal Parkway Suite A 1065 | Fort Walton Beach | FL | 32547 | us |

**4. COLLATERAL:** This financing statement covers the following collateral:

The Bailor is a vessel exceeding 25 years of age. The shipping act, title 46 unitedstates code USC section 57308, mandates Bailor may no longer be used for commercial operations. Bailey is a not-for-profit private entity, fully owned by Mrs. Anne F Ziegenhorn; Ziegenhorn in her capacity as an article for public American citizen. Bailey claims Bailors non UCC bailment labor wages up to $999 Billion United States dollars; In addition to all associated associated uncontested eminent domain claims.
This United States registered mail. – Bailee / Bailor non UC bonded security claim and lien stands over all Anne F Ziegenhorn. – United States. State of Florida Banked or bonded labor credits. By law, the Bailey, as a private not-for-profit entity, may not own bonds. All collateral trust securities, per the Miller Act, must have a payment and performance bond to comply with the law. These bonds are to be brokered, with proceeds transferred to Bailey by way of EIN88-3142646

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

**6b.** Check only if applicable and check only one box:
☐ Agricultural Lien ☑ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☑ Bailee/Bailor ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
13th & 14th Amend. : PL 79-291; HJR 192; 22 USC Sect. 288-A; 15 USC Sect 1 & 2 46 USC Sect 73 & 573;1868 Expatriation; UCC Sect 9; Miller Act. ;Babies Act PL 114-23

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 07/01/23)

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Anne 850-543-0390

Registered# RE 606 283 709 US

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Ziegenhorn, Anne
Foreign Office of Orgin
21 Walter Martin Drive NE-PMB 1234
Fort Walton Beach, Florida Republic
Non-Domestic without the US

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME – insert only one debtor name (1a or 1b) – do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| ANNE FRANCES GUDSON; MA Org #855-2055130 | | | |

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| USAF REGIONAL HOSPITAL WESTOVER AFB | CHICOPEE | MA | 01022 | US |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☒ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME – insert only one debtor name (2a or 2b) – do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) – insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Gudson, Anne-Frances: | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 21 Walter Martin Drive NE-PMB 1234 | Fort Walton Beach | Fla | [32549] | uSA |

4. This FINANCING STATEMENT covers the following collateral

This is the collateral by the Secured party on behalf of the estate ANNE FRANCES GUDSON in the Commercial Chamber under necessity, in and out of there Root Title from inception. All property held in trust including, but not limited to, DNA, cDNA, RNA, mRNA, cell lines, blood products, retina scans, fingerprintsres, he energy and all products derived therefrom, nunc pro tunc ab initio, including contracts, agreements, and signatures, and/or endorsements, facsimiles, printed, typed, or photocopied of owner's name predicted on the "Strawman" ens legis person/ Trust Estate described as the debtor. Any and all property is accepted for value and exempt from levy and any lien placed on the Debtor entities for all outstanding property still owed but not yet returned to the Trust from entities such as municipalities, governments, and the lik Secured Party has her posession Security Agreement #SA-020720221380AFZ and Hold Harmless Agreement # AZ_301221_HHIA.

| 5. ALTERNATIVE DESIGNATION (if applicable) | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☒ NON-UCC FILING |
|---|---|---|---|---|---|---|

6. ☐ This FINANCING STATEMENT is to be filed (for record) (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum [if applicable]   7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) ADDITIONAL FEE] [optional]   ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

OPTIONAL FILER REFERENCE DATA

International Association of Commercial Administrators (IACA)

Gudson Anne

Filed 8/13/22

Exhibit D



**Anne Ziegenhorn** City Fort Walton Beach State Florida

Country United States of America 2024-01-13

## Copyright number 00086017-1 ANNE FRANCES ZIEGENHORN

I DO NOT GIVE ANY EXPRESS CONSENT TO USE THIS COPYRIGHT NAME IN ANY FORM CAPACITY OR USAGE, ANY ALTERATION OF THIS NAME WOULD SERVE QUALIFIES AS A NON-CONSENSUAL USE OF SAID NAME AND PUNISHABLE BY LAW, UNLESS GIVEN MY WRITTEN EXPRESSED PERMISSION.

Copyright valid in <u>177 countries</u> of the Berne Convention

## FEE SCHEDULE

™Anne frances Ziegenhorn© / The Right Honorable ™Anne frances Ziegenhorn ©, Authorized Signatory Attorney-in-fact on behalf of ™ ANNE FRANCES ZIEGENHORN ©, Ens Legis. We, ™Anne frances Ziegenhorn ©, do hereby set forth fees to be instated in any dealing with ourselves and/or ™ANNE FRANCES ZIEGENHORN© If said fees are not met, it is the right of the Secured Party / Creditor, ™Anne frances Ziegenhorn ©, to refuse or void any form of business interaction and/or transaction. Fees are subject to change at any time without prior notice. Secured Party / Creditor, ™Anne frances Ziegenhorn ©, is the only authorized person to alter, void, said fees and may do so at any time. Fees include actions listed herein but are not limited to. **($250,000 per occurrence - $350,000 per tort-feasor)**

DEPRIVATION OF RIGHTS UNDER COLOR OF LAW (18 USC 242)

EMOTIONAL DISTRESS (32 CFR 536.77(a)(3)(vii))

CONSPIRACY AGAINST THE RIGHTS OF CITIZENS (18 USC 241)

MENTAL ANGUISH ABUSE (42 CFR 488.301), PEONAGE,

MALICIOUS PROSECUTION (32 CFR 750.23)

DEFAMATION OF CHARACTER, SLANDER, LIBEL

MALFEASANCE (22 CFR 13.3), ROBBERY

TRESPASS (against person, personal, real property or household goods),

EXTORTION (25 CFR 11.417)

KIDNAPPING (18 U.S. Code § 1201) UNLAWFUL INCARCERATION, SLAVERY

SUBORNATION OF PERJURY (18 USC 1622)

PERJURY (18 USC 1621)

RICO (18 USC 1961-1968) BREACH OF TRUST, BREACH OF TRUST,

VEHICLE AND TRAFFIC MATTERS

VIOLATIONS OF THE UNIVERSAL DECLARATION OF HUMAN RIGHTS

EVICTIONS, FORECLOSURE AND SUMMARY PROCEEDINGS

# Living Estate Trust
## Schedule A

The Grantor assigns, conveys, and delivers to this Living Estate Trust, all of the rights, title, and interest, tangible or intangible, to any and all properties real or personal;

1. The beneficiary refuses to give an anatomical gift of her name, mind, body, soul, spirit, blood and any living born record to any person or entity outside of the Living Estate Trust;

2. All tangible and intangible assets of ANNE FRANCES GUDSON as well as, ANNE FRANCES ZIEGENHORN;  Ens Legis ANNE F. GUDSON; GUDSON, ANNE FRANCES; ZIEGENHORN, ANNE FRANCES; ANNE F ZIEGENHORN;  including all derivatives of the name/title along with ANNE FRANCES GUDSON ESTATE & LEGACY TRUST; ANNE FRANCES GUDSON LIVING ESTATE, ANNE FRANCES ZIEGENHORN TRUST.

3. All intellectual properties created in the past, present, or future in the ANNE FRANCES GUDSON; ANNE FRANCES ZIEGENHORN, along with Ens Legis, ANNE F GUDSON, ANNE F ZIEGENHORN, and or any other and all variations to include or exclude the word Trust.

4. Specifically the BIRTH CERTIFICATE security file number ~~Stat #~~ 855 -2055130, and all derivatives, as an asset and all other securities made or produced by the UNITED STATES of the entity the entity identified as ANN(E) FRANCES GUDSON and any also known as ANNE FRANCES ZIEGENHORN, and any derivatives thereof;

5. Additional details regarding the trust can be found in the complete trust Res.



ANNE FRANCES GUDSON ESTATE & LEGACY TRUST

Page 1 of 1

$21 00

## CERTIFICATE OF VITAL RECORD

**VERIFY PRESENCE OF WATERMARK    HOLD TO LIGHT TO VIEW**

# The Commonwealth of Massachusetts R 06

### DEPARTMENT OF PUBLIC HEALTH
### REGISTRY OF VITAL RECORDS AND STATISTICS



### The Commonwealth of Massachusetts

477

**JOHN F. X. DAVOREN**
SECRETARY OF THE COMMONWEALTH
DIVISION OF VITAL STATISTICS
**STANDARD CERTIFICATE OF LIVE BIRTH**

**CHILD**

1. PLACE OF BIRTH
   - a. HAMPDEN (County)
   - b. CHICOPEE (City or Town)
   - c. USAF REGIONAL HOSPITAL, WESTOVER AFB, MA 01022
     NAME OF HOSPITAL — IF NOT IN HOSPITAL, NUMBER & STREET

CHICOPEE (City or Town making ...)
8
REGISTERED NUMBER

2. NAME — ANN (FIRST) FRANCES (MIDDLE) GUDSON (LAST)

3. SEX — Female
4. THIS BIRTH SINGLE, TWIN ETC. SPECIFY — Single
4a. IF NOT SINGLE, BORN FIRST, SECOND, ETC. SPECIFY ORDER OF BIRTH — –
5. DATE OF BIRTH — September 1 1971
   MONTH (SPELL OUT)  DAY  YEAR

**FATHER**

6. FULL NAME — Frank (FIRST) Robert (MIDDLE) Gudson (LAST)
7. BIRTHPLACE — Brooklyn (CITY OR TOWN) New York (STATE OR COUNTRY)
8. AGE AT TIME OF THIS BIRTH — 38
9. OCCUPATION — USAF

**MOTHER**

10. FULL NAME — Frances (FIRST) Mary (MIDDLE) Hughes (MAIDEN) Gudson (LAST)
11. BIRTHPLACE — Shipston-On-Stour, England (CITY OR TOWN) (STATE OR COUNTRY)
12. AGE AT TIME OF THIS BIRTH — 27
13. RESIDENCE — 5 (NO.) Cowan Ave (STREET) Westover AFB, (CITY OR TOWN) MA (STATE) 01022

### CERTIFICATIONS

14. ATTENDANT

I hereby certify that I attended the birth of this child who was born at the hour of 3:23P M., on the date above stated

*Jerome J Mahoney* M.D.

JEROME J. MAHONEY, LTCOL, USAF, MC (Signature or attendant)
USAF REGIONAL HOSPITAL (Print or type name. Chapter 4B, Acts of 1959)
WESTOVER AFB, MA 01022
(Address)

15. INFORMANT

I certify that the information appearing above is true and correct.

*[signature]* (Signature)

Mother (Relationship)    1 Sep 71 (Date)

(Present mailing address if different from item #13)

16. REC'D IN CLERK'S OFFICE — SEP 20 1971
17. SUPPLEMENT FILED
18. *Arthur Balthazar* REGISTRAR

FORM R-3 REV. 8-70
100M (5) 047496

APRIL 29, 2024



*Karin A. Barrett*
**Karin A. Barrett**
**Registrar of Vital Records and Statistics**

I, the above signed, hereby certify that I am the Registrar of Vital Records and Statistics; that as such I have custody of the records of birth, marriage, and death required by law to be kept in my office; and I do hereby certify that the above is a true copy from said records.

**IT IS ILLEGAL TO ALTER OR REPRODUCE THIS DOCUMENT IN ANY MANNER**

**VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED**

**Index to:**
ANNE FRANCES ZIEGENHORN
care of 913 Beal Parkway Northwest, Suite A-1065
Fort Walton Beach, Florida [32547]

```
B:2022 P:25676
Affidavit
12/12/2022 11:54:57 AM
$14.50
Stacy B. Brooks
Covington County, Alabama
```

**After Recording Send to:**
Anne Frances Gudson Estate a/k/a Ziegenhorn
care of 913 Beal Parkway Northwest, Suite A-1065
Fort Walton Beach, Florida [32547]

RB 787 582 116 US

## Affidavit of Life

I, am familiar with the facts recited below; and hereby declare under penalty of perjury that I, Anne frances Ziegenhorn, Affiant, being over the age of eighteen (18) years, competent to witness does state for the public record the following:

1. That the public record on file with the Office of Vital records Section in the MASSACHUSETTS DEPARTMENT OF HEALTH shows that the entity known as Ann(e) frances Gudson a/k/a Anne frances Ziegenhorn took the first breath of life on the first day in the month of September in the year one thousand nine-hundred and seventy-one (01 September 1971); and

2. That as of the date of this Affidavit of Life the entity known as Anne frances Ziegenhorn is still alive and breathing; and

3. Since the first day in the month of September in the year one thousand nine-hundred and eighty-nine (01 September 1989) has not surrendered nor abandoned any claims of life nor of any and all claims of estate to include but not limited to ANN(E) FRANCES GUDSON a/k/a ANNE FRANCES ZIEGENHORN; and

4. That the attachments (Exhibit A and Exhibit B) to this affidavit are considered as Points and Authorities of Law; and

5. Further Affiant saith naught.

I hereby declare under God in Christ Jesus that the above information is complete, correct, and true to the best of my knowledge and belief.

---

### JURAT

| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. |
| --- |

State of Florida
County of Okaloosa                    Subscribed and Affirmed
BE IT KNOWN, that on the 12th Day of December, Two Thousand twenty-two, This instrument was signed before me and witness my hand and official seal.

_____
Notary Public – Signature

BETTY KAUCHER
Commission # HH 187497
Expires October 17, 2025
Bonded Thru Budget Notary Services

_____              _____
Witness 1                                      Witness 2

Page 1 of 2 Recorded: 12/13/2022 9:45 AM
RECORDING ARTICLE V: $8.00 RECORDING: $10.50

DEPUTY CLERK mburns
JD PEACOCK II CLERK OF COURTS,
OKALOOSA COUNTY, FLORIDA

**Record for:**
™ANNE FRANCES ZIEGENHORN©
care of 913 Beal Parkway Northwest, Suite A-1065
Fort Walton Beach, Florida [32547]

**Record and Return to:**
™ANNE FRANCES GUDSON ESTATE© a/k/a ™ANNE FRANCES ZIEGENHORN ESTATE©
Anne Frances LeRoth (Private Trust)
care of 913 Beal Parkway Northwest, Suite A-1065
Fort Walton Beach, Florida [32547]

# AFFIDAVIT OF RECORDING

On this 12ᵗʰ day of December, 2022, for the purpose of notification, We, Anne-frances: family Ziegenhorn the undersigned Secured Party Creditor Acting for Anne Frances LeRoth (Private Trust) beneficial owner of ™ANNE FRANCES GUDSON ESTATE© a/k/a ™ANNE FRANCES ZIEGENHORN ESTATE©, Our yea be yea and our nay be nay do declare or affirm that an administrative official of Anne Frances LeRoth (Private Trust) recorded this Affidavit of Recording in Florida in Okaloosa County. This Affidavit verifies that the following documents listed below are recorded with Alabama, Covington County Recorder.

Date Recorded: November 10, 2022, Liber No. 2022-23783-23819
Date Recorded: December 12, 2022, Liber No. 2022-25690-25701
Date Recorded: December 12, 2022, Liber No. 2022-25679-25689
Date Recorded December 12, 2022, Liber No. 2022-25676-25678

| Document Name | Page Count |
|---|---|
| 1. Recording Cover Sheet with Certified page | 2 |
| 2. Commercial Security Agreement | 4 |
| 3. Attachment "A" - Property List | 6 |
| 4. Hold Harmless and Indemnity Agreement Non-Negotiable Between the Parties | 2 |
| 5. Indemnity Bond -Attachment "B"- | 1 |
| 6. Non-Negotiable Security Agreement | 1 |
| 7. Bona Fide Durable Power of Attorney | 3 |
| 8. Powers of Attorney | 2 |
| 9. Notice Common Law Copyright Notice Copy-Claim and Trademark | 3 |
| 10. Affidavit Termination of Franchise, Resolution and Revocation | 2 |
| 11. Public Notice of Reservation of Rights | 2 |
| 12. Bona Fide Fee Schedule Public Notice | 3 |
| 13. Declaration of Independence | 2 |
| 14. Affidavit Declaration and Certificate of Sovereign Status | 3 |
| 15. Affidavit of Right to use currency | 2 |
| 16. Bona Fide Affidavit of Tax-Exempt Foreign Status with Certified Page | 13 |
| 17. Affidavit of Anne-frances: family Ziegenhorn *Indico* for Age of Majority with Certified Page | 12 |
| 18. Affidavit of Life with Two Exhibits and a Certified Page | 5 |

---

**NOTICE TO OFFICERS/AGENTS OF THE UNITED STATES**
THIS DOCUMENT IS NOT INTENDED TO THREATEN, HARASS, INTIMIDATE, OFFEND, CONSPIRE, BLACKMAIL, COERCE, DEFRAUD, CAUSE ANXIETY, ALARM, CONTEMPT OR DISTRESS, OR IMPEDE ANY PUBLIC DUTIES. IT IS PRESENTED WITH HONORABLE AND PEACEFUL INTENTIONS. ANY AFFIRMATION CONTRARY TO THIS VERIFIED STATEMENT OF FACTS WILL COMPRISE YOUR STIPULATION TO COMMITTING A FRAUD UPON THE COURT.

---

Anne-Frances: family Ziegenhorn
*administrator-executrix*

---

**JURAT**

The State of Florida                    Subscribed and Affirmed
The County of Okaloosa

BE IT KNOWN, that on the 12th Day of December Two thousand twenty-two,
This instrument was signed before me and witness my hand and official seal.

_____
Notary Public – Signature

**BETTY KAUCHER**
Commission # HH 187497
Expires October 17, 2025
Bonded Thru Budget Notary Services

ALL RIGHTS RESERVED.
SPECIAL DEPOSIT.

## CERTIFICATE OF ACKNOWLEDGEMENT AND ACCEPTANCE

i, **Anne Frances Ziegenhorn**, trustee of the *ANNE FRANCES GUDSON LEGACY TRUST*, a private ecclesiastical trust, in the capacity of ANNE FRANCES ZIEGENHORN is recorded as the Grantee on the Warranty Deed for the real estate described on the attached certified copy of said Warranty Deed.

It is my free will, act, and deed to **Acknowledge my Acceptance of the Warranty Deed** recorded in and the lawful ownership of the property under the terms of the Warranty Deed.

i request that the record on file in the Office of JD PEACOCK II CLERK OF COURTS, OKALOOSA COUNTY, FLORIDA be corrected and updated to show my **Acceptance of the Warranty Deed** and to show *ANNE FRANCES GUDSON LEGACY TRUST* as the lawful owner of that real estate.

i, accept as the Grantee this Warranty Deed and return delivery same subject matter on **Special Deposit** as Grantor/Settlor with purpose and intent to settle and adjust, release collateral, and all encumbrances for the benefit of beneficiaries of *ANNE FRANCES GUDSON LEGACY TRUST*.

*Legal Description of Property is*: Lot 30, Block G, Lake Lorraine Estates, First Addition, according to the plat thereof recorded in Plat Book 5, page 14, of the Public Records of Okaloosa County, Florida
and PARCEL IDENTIFICATION NUMBER: 042S231433000G0300
Also known by the street number as: 1 Country Club Court, Shalimar, FL 32579

This is my free will, act, and deed, under my hand and seal:

By:_____,
Anne Frances Ziegenhorn
grantee/settler Without Prejudice, Without Recourse to me

Florida State
Okaloosa County
The foregoing instrument was acknowledged before me this 2ᵈ day of ___July___, 2024, by Anne Frances Ziegenhorn , who is known to me _X_ or who produced _____ID as photo identification.

Notary public _Betty Kaucher_

Printed name: _Betty Kaucher_

My Commission expires: _Oct. 17, 2025_



BETTY KAUCHER
Commission # HH 187497
Expires October 17, 2025
Bonded Thru Budget Notary Services

Inst. #3500387 Bk: 3583 Pg: 1553
Page 1 of 32 Recorded: 10/27/2021 4:02 PM
RECORDING ARTICLE V: $128.00 RECORDING: $145.50

DEPUTY CLERK asims
JD PEACOCK II CLERK OF COURTS,
OKALOOSA COUNTY, FLORIDA

RECEIVED JD PEACOCK II
2021 OCT 27 PM 4:03

**Unique Code : CAA-BAA-BCAJB-HCCCCFIF-DADEEH-I Page 1 of 32**

### OKALOOSA COUNTY RECORDING DISTRICT
### COURT OF RECORD OF THE LAND JURISDICTION
### PUBLICLY RECORDED
### TO ALTER, IGNORE, OR DISPOSE OF IS A FELONY

**A Declaration of Acceptance / Living Testament Affidavit**
**Notice**
**Notice of Acceptance of Declaration of Land Patent, Land Patent #917597**
**Affidavit of Fact**
**Affidavit of Fact**

Return to:

Anne Ziegenhorn;
c/o rural route 1 Country Club Court
Shalimar, Florida [near 32579]

This cover sheet has been added to these recorded documents to provide space for the recording data.
This cover sheet appears as the **first page** of the documents in the offical public record.
There is a total of __32__ pages.



I HEREBY CERTIFY THAT THIS DOCUMENT IS A TRUE AND CORRECT COPY OF AN OFFICIAL RECORD OR
DOCUMENT AUTHORIZED BY LAW TO BE RECORDED OR FILED AND ACTUALLY RECORDED OR FILED IN
THE OFFICE OF THE OKALOOSA COUNTY CLERK OF THE CIRCUIT COURT & COMPTROLLER.
THIS DOCUMENT MAY HAVE REDACTIONS AS REQUIRED BY LAW.

VISIT http://www.okaloosaclerk.com/index.php/e-certify-documents-info TO VALIDATE THIS DOCUMENT

Digitally Signed by The Honorable JD Peacock II
Date: 2021.12.15 09:51:37 -06:00
Okaloosa County Clerk of Circuit Court and
Comptroller
Location: 101 E. James Lee Blvd, Crestview, FL

Unique Code : CAA-BAA-BCAJB-HCCCCFIF-DADEEH-I Page 2 of 32

## Certificate of Acknowledgement

I, Anne Frances Ziegenhorn, a Divine living woman of God, along with Joel Garland Ziegenhorn, a divine living man of God are recorded as the grantees on the warranty (grant) deed for real estate described on the attached certified copy of said deed.

It is our freewill act and deed to acknowledge our acceptance of the deed and lawful ownership of the property under the terms of the deed. I ask that the record on file in the office of register of deeds be updated to show my acceptance of the deed, and the lawful owner of the real estate.

This is our freewill act and deed, under our hand seal and thumbprints;

_____ ne Frances Ziegenhorn© All rights reserved without prejudice

_____ arland Ziegenhorn© All rights reserved without prejudice

_____ witness   _____ witness

Okaloosa County

Florida State Notary

I acknowledge that Joel and Anne Ziegenhorn are personally known to me and signed with witnesses before me. 27 day of October 2021

_____ My commission expires on 2-26-24



TINA MARIE HUNTER
MY COMMISSION # GG962930
EXPIRES: February 26, 2024

Unique Code : CAA-BAA-BCAJB-HCCCCFIF-DADEEH-I Page 3 of 32

# LOCALiQ

The Gainesville Sun | The Ledger
Daily Commercial | Ocala StarBanner
News Chief | Herald-Tribune | News Herald
Northwest Florida Daily News

PO Box 631244 Cincinnati, OH 45263-1244

## PROOF OF PUBLICATION

Anne Ziegenhorn
Anne Ziegenhorn
Rural Route c/o 1 Country Club Court
Shalimar FL 32579

**Notice:**
**Joel & Anne Ziegenhorn**
**Have their Land Patent #917597**
**View at annezieg.live**
**10/22, 10/23 & 10/24/2021**
6437398

STATE OF FLORIDA, COUNTY OF OKALOOSA

The Northwest Florida Daily News, a newspaper printed and published in the city of Fort Walton, and of general circulation in the Counties of Okaloosa, Santa Rosa and Walton, State of Florida, and personal knowledge of the facts herein state and that the notice hereto annexed was Published in said newspapers in the issue dated:

10/22/2021, 10/23/2021, 10/24/2021

and that the fees charged are legal.
Sworn to and subscribed before on 10/24/2021

Legal Clerk

Notary, State of WI, County of Brown

7/27/25

My commission expires

Publication Cost: $49.10
Order No: 6437398
Customer No: 642650
PO #:

\# of Copies: 1

## THIS IS NOT AN INVOICE!

*Please do not use this form for payment remittance.*

SARAH BERTELSEN
Notary Public
State of Wisconsin

Page 1 of 1

**DEJURE LAND PATENT & STATE NATIONAL CONSULTANT**

## SITE CONTENT



# Joel & Anne Ziegenhorn c/o 1 Country Club Court Shalimar, Florida [32579]

Public Notice
Land Patent
Legal Description:
Lot 30, Block G, Lake Lorraine Estates, recorded in Okaloosa County Public Recorder's Office in
Plat book 5 p14.
aka 1 Country Club Court, Shalimar, Florida; being a portion of
N1\2, SW¼ of S5 T2 SR23W, Tallahassee, S site R 215W & R 213E  S end Okaloosa County, Florida,
and that part of existing US Patent # 917597.
Legal claim to this land must be made within 60 days hereof or forever be precluded from
making any claim upon my patented land.
Joel & Anne Ziegenhorn
c/o 1 Country Club Court
Shalimar, Florida [32579]
Joel & Anne ]

Unique Code : CAA-BAA-BCAJB-HCCCCFIF-DADEEH-I Page 4 of 32

Unique Code : CAA-BAA-BCAJB-HCCCCFIF-DADEEH-I Page 5 of 32

# NOTICE

This notice is to inform any person who has lawful claim/standing to view this file and/or who wishes to review the complete file on record may do so by requesting an appointment with,

**Anne and Joel Ziegenhorn**
**Rural route ⅝ 1 Country Club Court**
**Shalimar, Florida [32579]**
**Phone 850 -543-0390**

## NOTICE #1

I, (Anne Ziegenhorn along with Joel Ziegenhorn) will set the time, date and place for the review of my documents, no exceptions!

## NOTICE #2

This notice is to inform any person who has lawful claim/standing to view this file and/or who wishes to review the complete file on record may do so by requesting an appointment with,

**Anne Ziegenhorn**
**Rural Route ⅝ 1 Country Club Court**
**Shalimar, Florida [32579]**
**Phone 850- 543-0390**

## NOTICE #3

I, (Anne Ziegenhorn along with Joel Ziegenhorn) have included our summary of the chain of title regarding our land patent.

## NOTICE #5

This land patent document to be publicly displayed has a total of **3 pages.**

## NOTICE;

Failure of any lawful party claiming an interest to bring forward a lawful challenge to this **Certificate of Acceptance of Declaration of Land Patent and the benefit of Original Land Grant/Patent Forever Benefit , as stipulated herein, will be leached and estoppel to any and all parties claiming an interest forever.**

Failure to make a lawful claim, as indicated herein, within sixty (60) calendar days of this notice, will forever bar any claimant from any claim against my/our Allodial Land Patent estate as described herein and will be Final Judgment.

Dated,  August 19, _____ 2021

by: _____ _____ all rights reserved

Anne F. Ziegenhorn© along with Joel G. Ziegenhorn©  without prejudice

Unique Code : CAA-BAA-BCAJB-HCCCCFIF-DADEEH-I Page 6 of 32

X August 19, 2021 posted Tina Hunter witness

X September 20, 2021 still posted Tina Hunter witness
Day 33

X October 18, 2021 day 60 w/ Tina Hunter

Witness: Attica Maria Hunter

Tina Marie Hunter

[signature]

Taken down to file/record
October 26, 2021
proposal/motet to file/record

Unique Code : CAA-BAA-BCAJB-HCCCCFIF-DADEEH-I Page 7 of 32





chain of Title

# Land Patent # 917597

Jesse D. Dasinger by Calvin Coolidge September 22, 1923 –only Grant Deed

McCaskell Investment Company December 8, 1923

McCaskell Investment may have gone bankrupt as records show UNKNOWN for years and then show State of Florida until the State Tax deeds it to

Clyde Meigs September 4, 1939 Tax Deed from State of Florida

Clyde Meigs March 13, 1956 Warranty Deed

Vivian Meigs August 24, 1967 Warranty Deed upon Husbands death as heir of his Estate

Jonita Corporation December 1, 1966 purchased from Vivian Meigs

Jonita Subdivided 1971 sold to

C. K. Marshall December 1071

Michael and Mary Ann Dill 1973

Joel and Anne Ziegenhorn and Frances Gudson (Anne's mother) April 2003 Frances died 2006

Anne Reclaimed her Life/Status July 26, 2021. Joel did also Aug. 5, 2021. The courts put the house in banks name on August 6, 2021 (Lsf9 Master Participation Trust C/O Calibaer Home Loans Inc., 13801 Wireless Way, Oklahoma City, Oklahoma 73134)

Unique Code : CAA-BAA-BCAJB-HCCCCFIF-DADEEH-I Page 8 of 32

Gainesville 016657.

4—1000-R.

# The United States of America,

To all to whom these presents shall come, Greeting:

WHEREAS, a Certificate of the Register of the Land Office at **Gainesville, Florida,**
has been deposited in the General Land Office, whereby it appears that, pursuant to the Act of Congress of May 20, 1862,
"To Secure Homesteads to Actual Settlers on the Public Domain," and the acts supplemental thereto, the claim of
**Jessie B. Deninger**
has been established and duly consummated, in conformity to law, for the **Lot four of Section four and the**
**north half of the southeast quarter of Section five in Township two south**
**of Range twenty-three west of the Tallahassee Meridian, Florida, contain-**
**ing one hundred sixty acres and sixteen hundredths of an acre,**

according to the Official Plat of the Survey of the said Land, returned to the GENERAL LAND OFFICE by the Surveyor-General:

NOW KNOW YE, That there is, therefore, granted by the UNITED STATES unto the said claimant   the tract of Land above described;
TO HAVE AND TO HOLD the said tract of Land, with the appurtenances thereof, unto the said claimant   and to the heirs and assigns of
the said claimant   forever.

IN TESTIMONY WHEREOF, I, **Calvin Coolidge,**

President of the United States of America, have caused these letters to be made
Patent, and the seal of the General Land Office to be hereunto affixed.

GIVEN under my hand, in the District of Columbia, the   **TWENTY-SECOND**

day of   **SEPTEMBER**                   In the year of our Lord one thousand

nine hundred and   **TWENTY-THREE**

United States the one hundred and   **FORTY-EIGHTH**

By the President

By

(SEAL)

RECORDED OF PATENTS: Patent Number  .917597.

Bureau of Land Management
Eastern States
5275 Leesburg Pike
Falls Church, VA 22041

Date

I hereby certify that this reproduction is a true copy of the
official record on file in this office.

Authorized Signature

Unique Code : CAA-BAA-BCAJB-HCCCCFIF-DADEEH-I Page 9 of 32

Bureau of Land Management
Eastern States
5275 Leesburg Pike
Falls Church, VA 22041

JUN 0 7 2021
Date

I hereby certify that this reproduction is a true copy of the
official record on file in this office.

Authorized Signature

# Land Patent # 917597

Unique Code : CAA-BAA-BCAJB-HCCCCFIF-DADEEH-I Page 10 of 32

Jesse D. Dasinger by **Calvin Coolidge** September 22, 1923 **Original Land Patent Grant Deed**                                      to
McCaskell Investment Company December 8, 1923

McCaskell Investment may have gone bankrupt as records shows State Tax deeds to Okaloosa County May 1924
To
Clyde Meigs September 4, 1939 Tax Deed

Clyde Meigs March 13, 1956 Warranty Deed

Vivian Meigs August 24, 1967 Warranty Deed Heir of Estate

To Jonita Corporation December 1, 1966 Warranty Deed

Jonita Subdivided 1971 into smaller partials

To C. K. Marshall December 1971 Warranty Deed

Michael and Mary Ann Dill 1973 Warranty Deed

Joel and Anne Ziegenhorn along with Frances Gudson (Anne's mother) April 2003 Frances died December 2006 Warranty Deed

**Anne Ziegenhorn Discovered July 2021 Land Patents with Lawful Metes and Bounds Descriptions Researched, documented, Publically recorded and now claim Land Patent #9117597**

Unique Code : CAA-BAA-BCAJB-HCCCCFIF-DADEEH-I Page 11 of 32

**Affidavit of Truth as Witnesses of our Publically Posted Private Property Land Patent for Joel Garland Ziegenhorn and Anne Frances Ziegenhorn for their land located**
**C/O One Country Club Court**
**Shalimar, Florida [Near 32579]**
**by the Gulf of Mexico**

I, _Tina Marie Hunter_ state, I have seen the Private Property notices on three locations of The Ziegenhorn Family's Private Property since mid-summer and it has been well over Sixty days. In addition, I have seen a social media post that clearly shows the American Peace Flag and one of the signs is in the photo. I believe it was dated in the month of August which Anne has that facebook post set to public not private.

Witness Name:

How do you know Anne and/or Joel? _Friend_

My Signature represents the Truth in the statement above.

By: _Tina Marie Hunter_

witness: print name _Tina Marie Hunter_

**Affidavit of Truth as Witnesses of our Publically Posted Private Property Land Patent for Joel Garland Ziegenhorn and Anne Frances Ziegenhorn for their land located**
**C/O One Country Club Court**
**Shalimar, Florida [Near 32579]**
**by the Gulf of Mexico**

I, _Shawn Robert_ state, I have seen the Private Property notices on three locations of The Ziegenhorn Family's Private Property since mid-summer and it has been well over Sixty days. In addition, I have seen a social media post that clearly shows the American Peace Flag and one of the signs is in the photo. I believe it was dated in the month of August which Anne has that facebook post set to public not private.

Witness Name:

How do you know Anne and/or Joel?_ Friends _

My Signature represents the Truth in the statement above.

By:_____

witness: print name_ Shawn Robert _

Unique Code : CAA-BAA-BCAJB-HCCCCFIF-DADEEH-I Page 12 of 32

**Affidavit of Truth as Witnesses of our Publically Posted Private Property Land Patent for Joel Garland Ziegenhorn and Anne Frances Ziegenhorn for their land located**
**C/O One Country Club Court**
**Shalimar, Florida [Near 32579]**
**by the Gulf of Mexico**

I, _Teena M. Fendley_ state, I have seen the Private Property notices on three locations of The Ziegenhorn Family's Private Property since mid-summer and it has been well over Sixty days.

Witness Name:

How do you know Anne and/or Joel? _Friend_

My Signature represents the Truth in the statement above.

By: _Teena M Fendley_

witness: print name _Teena M Fendley_

Unique Code : CAA-BAA-BCAJB-HCCCCFIF-DADEEH-I Page 13 of 32

Unique Code : CAA-BAA-BCAJB-HCCCCFIF-DADEEH-I Page 14 of 32

**Affidavit of Truth as Witnesses of our Publically Posted Private Property Land Patent for Joel Garland Ziegenhorn and Anne Frances Ziegenhorn for their land located**
**C/O One Country Club Court**
**Shalimar, Florida [Near 32579]**
**by the Gulf of Mexico**

I, _Stacy Jeansonne_ state, I have seen the Private Property notices on three locations of The Ziegenhorn Family's Private Property since mid-summer and it has been well over Sixty days.

Witness Name:

How do you know Anne and/or Joel? _Friends approx 11years_

My Signature represents the Truth in the statement above.

By: _Stacy Jeansonne_

witness: print name _Stacy Jeansonne_

Unique Code : CAA-BAA-BCAJB-HCCCCFIF-DADEEH-I Page 15 of 32

**Affidavit of Truth as Witnesses of our Publically Posted Private Property Land Patent for Joel Garland Ziegenhorn and Anne Frances Ziegenhorn for their land located**
**C/O One Country Club Court**
**Shalimar, Florida [Near 32579]**
**by the Gulf of Mexico**

In addition to posting and neighbors seeing the Private Property with Land Patent information we live on one of the busiest streets for the neighborhood as it is one of two entrance and exits for the deeper neighborhood which most neighbors travel by and see our land multiple times a day.

Witness Name: Anne Ziegenhorn© and Joel Ziegenhorn©

How do you know Anne and/or Joel?  Self: Anne and Joel

My Signature represents the Truth in the statement above.

By: _Joel Ziegenhorn_

witness: print name  Anne Ziegenhorn© and Joel Ziegenhorn©

Unique Code : CAA-BAA-BCAJB-HCCCCFIF-DADEEH-I Page 16 of 32

**Affidavit of Truth as Witnesses of our Publically Posted Private Property Land Patent for Joel Garland Ziegenhorn and Anne Frances Ziegenhorn for their land located**
**C/O One Country Club Court**
**Shalimar, Florida [Near 32579]**
**by the Gulf of Mexico**

In addition to posting and neighbors seeing the Private Property with Land Patent information we live on one of the busiest streets for the neighborhood as it is one of two entrance and exits for the deeper neighborhood which most neighbors travel by and see our land multiple times a day.

Witness Name: Anne Ziegenhorn© and Joel Ziegenhorn©

How do you know Anne and/or Joel? Self: Anne and Joel

My Signature represents the Truth in the statement above.

By: _Anne Frances Z_____

witness: print name Anne Ziegenhorn©    Joel Ziegenhorn©

Unique Code : CAA-BAA-BCAJB-HCCCCFIF-DADEEH-I Page 17 of 32

(X): _Anne Ziegenhorn_ _____ and _____ _Joel Ziegenhorn_

Anne Ziegenhorn        and        Joel Ziegenhorn

Witnessed by _Tina Hunter_ Tina Hunter

Witnessed by _Billie B Smith_

Sworn, subscribed, sealed and affirmed to this _22_ day _September_ 2019 TMH

Notary Public for [State of] _Florida_ _Tina Marie Hunter_

My commission expires _2·26·24_



TINA MARIE HUNTER
MY COMMISSION # GG962930
EXPIRES: February 26, 2024

4

Unique Code : CAA-BAA-BCAJB-HCCCCFIF-DADEEH-I Page 18 of 32

DB11 Pg- 289

GAINESVILLE 016657.                          4-100.

THE UNITED STATES OF AMERICA.

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

WHEREAS, a Certificate of the Register of the Land Office at Gainesville, Florida, has been deposited in the General Land Office, whereby it appears that, pursuant to the Act of Congress of May 20, 1862, "To Secure Homesteads to Actual Settlers on the Public Domain," and the acts supplemental thereto, the claim of JESSIE D. DASINGER, has been established and duly consummated, in conformity to law, for the

Lot Four of Section Four and the

North Half of the South East Quarter of Section Five,

in Township Two South of Range Twenty-three West of the

Tallahassee Meridian, Florida, containing one hundred

sixty acres and sixteen hundredths of an acre.

according to the Official Plat of the Survey of the said Land, returned to the GENERAL LAND OFFICE, by the Surveyor-General.

NOW KNOW YE, That there is, therefore, granted by the UNITED STATES unto the said claimant the tract of Land above described; TO HAVE AND TO HOLD the said tract of Land, with the appurtenances thereof, unto the said claimant, and to the heirs and assigns of the said claimant forever.

IN TESTIMONY WHEREOF, I, CALVIN COOLIDGE, President of the United State of America, have caused these letters to be made Patent, and the seal of the General Land Office to be hereunto affixed.

GIVEN under my hand, in the District of Columbia, the Twenty-second day of September, in the year of our Lord one thousand nine hundred and Twenty-three and of the Independence of the United States the one hundred and Forty-eighth.

(S E A L)                          By the President: CALVIN COOLIDGE

By Viola B. Pugh, Secretary.

John O'Connell, Acting Recorder of the General Land Office.

RECORDED: Patent Number 917597

-------------------------------------------

"This patent having been presented to me on the 27th day of October, A. D. 1923 for record, and same appearing to me to be genuine and to have been made and issued by the authority of the United States Government, I have duly recorded same in Deed Book 11, on Page 289 of the public records of my office.

Witness my hand and official seal at Crestview, Florida, this the 27th day of October, A. D. 1923.

D. H. MC CALLUM,  Clerk Circuit Court,

By *Kate Gillis* Deputy Clerk."

DBK 11 P. 324

324

Unique Code : CAA-BAA-BCAJB-HCCCCFIF-DADEEH-I Page 19 of 32

## WARRANTY DEED.
### (To Corporation)

THIS INDENTURE, Made this 25th day of October, A. D. 1923, BETWEEN, JESSE D. DASINGER and MARY A. DASINGER, husband and wife, of the County of Okaloosa and State of Florida, parties of the first part, and MC CASKILL INVESTMENT COMPANY, TRUSTEE, a corporation, existing under the laws of the State of Florida, having its principal place of business in the County of Walton, and State of Florida, party of the second part, WITNESSETH, that the said parties of the first part, for and in consideration of the sum of Ten Dollars and other valuable consideration...Dollars, to us in hand paid, the receipt whereof is hereby acknowledged, have granted, bargained, sold, aliened, remised, released, enfeoffed, conveyed and confirmed and by these presents do..... grant, bargain, sell, alien, remise, release, enfeoff, convey and confirm unto the said party of the second part, and its successors and assigns, forever, all that certain parcel of land lying and being in the County of Okaloosa and State of Florida, more particularly described as follows:

NE¼ of the SE¼ of Section 5, Township 2 S. R. 23 West, and the

W½ of the SW¼ of Section 4, Township 2 South Range 23 West,

containing in both descriptions 120 acres, more or less.

($1.50 U. S. Revenue Stamps)

TOGETHER with all the tenements, hereditaments and appurtenances, with every privilege, right, title, interest and estate, dower and right of dower, reversion, remainder and easement thereto belonging or in anywise appertaining: TO HAVE AND TO HOLD the same in fee simple forever.

AND the said parties of the first part does covenant with the said party of the second part that they are lawfully seised of the said premises; that theyare free of all incumbrance, and that they have good right and lawful authority to sell the same; and that said parties of the first part doth hereby fully warrant the title to said land, and will defend the same against the lawful claims of all persons whomsoever.

IN WITNESS WHEREOF, the said parties of the first part have hereunto set their hands and seals the day and year above written.

Signed, sealed and delivered in our presence:　　　JESSE D. DASINGER.............(SEAL)
A. W. Dannelly
Tom Dasinger.　　　　　　　　　　　　　　　MARY A. DASINGER..............(SEAL)

STATE OF FLORIDA
COUNTY OF OKALOOSA. I HEREBY CERTIFY, THAT on this 6th day of December, A. D. 1923, before me personally appeared Jesse D. Dasinger and Mary A. Dasinger, to me known to be the persons described in and who executed the foregoing conveyance, to McCaskill Investment Co., Trustee, and severally acknowledged the execution thereof to be their free act and deed for the uses and purposes therein mentioned, and the said Mary A. Dasinger, the wife of the said Jesse D.Dasinger, on a separate and private examination taken and made by and before me, and separately and apart from her said husband, did acknowledge that she made herself a party to the said Deed of Conveyance, for the purpose of renouncing, relinquishing and conveying, all her right, title, and interest, whether of dower or of separate property statutory, or equitable in and to the lands therein described, and that she executed said deed freely and voluntarily and without any constraint, fear, apprehension, or compulsion of or from her said husband.

WITNESS my signature and official seal at ............ in the County of Okaloosa and State of Florida, the day and year last aforesaid.
A. W. Dannelly,
(Notary Seal)　　　　　　　　　Notary Public, State of Florida.
My commission expires 14 day of February, 1925.

I HEREBY CERTIFY the above to be a true copy of the original as filed for record at 9 o'clock. A. M. on this the 5th day of December, A. D. 1923.

D. H. MC CALLUM, CLERK CIRCUIT COURT.

By *Kate Beelis* Deputy Clerk.

Unique Code : CAA-BAA-BCAJB-HCCCCFIF-DADEEH-I Page 20 of 32

DB 2 P 361

361

**INDEXED**

STATE OF ~~FLORIDA~~ *Alabama*,
*Coffee* COUNTY.)

**WARRANTY DEED.**

KNOW ALL MEN BY THESE PRESENTS: That *I, J. P. Rawls*

for and in consideration of *one dollar and other valuable considerations to me in hand paid* DOLLARS, the receipt whereof is hereby acknowledged, do bargain, sell, convey and grant unto

*M. E. Rawls — her*

heirs, executors, administrators and assigns forever, the following described property, to-wit:

*54 acres off of the east side of Lot No. 4, Sec. 19, Tp. 1 South Range 22 West, Known as part of the J. C. Early homestead Also Lot No. 6 Tp. 2 South Range 23 West, Containing in all 100 acres more or less, lying and being situated in the County of Okaloosa and State of Florida*

Together with all and singular the tenements, hereditaments and appurtenances thereunto belonging or in anywise appertaining, free from all exemptions and right of homestead. And *I* covenant that *I am* well seized of said property, and have a good right to convey the same; that it is free of encumbrance, and that *I and my* heirs, executors and administrators, the said grantee *her* heirs, executors, administrators and assigns, in the quiet and peaceful possession and enjoyment thereof, against all persons lawfully claiming the same, shall and will forever warrant and defend.

IN WITNESS WHEREOF *I* have hereunto set *my* hand and seal, this *12th* day of *February* A. D. 1917.

Signed, Sealed and Delivered in Presence of

*J. M. Loftin*

*J. P. Rawls* (SEAL.)
(SEAL.)
(SEAL.)
(SEAL.)

STATE OF ~~Florida~~ *Alabama*,
*Coffee* County.}

Before the subscriber personally appeared *J. P. Rawls*

known to me to be the individual described, and acknowledged that *he* executed the foregoing instrument for the uses and purposes therein set forth. And the said wife of the said husband, acknowledged and declared that she executed the same freely and voluntarily, and without fear, apprehension, compulsion or constraint of or from her husband, and for the purpose of renouncing, relinquishing and conveying all her right of whatsoever kind in and to the said property.

Given under my hand and official seal, this *12th* day of *Feb.* A. D. 1917.

(Notary Seal)

My commission expires *Oct. 19, A. D. 1919*

*J. M. Loftin Notary Public Coffee County Alabama*

I hereby certify that the above is a true and correct copy of the original as filed for record at *8* o'clock *A.* M., on the *16th* day of *February* A. D. 1917.

By *N. Pearl Garrett* Deputy Clerk.

*W. E. McCallum* Clerk Circuit Court.

DB6 P331

331

Unique Code : CAA-BAA-BCAJB-HCCCCFIF-DADEEH-I Page 21 of 32

INDEXED

**WARRANTY DEED**

STATE OF ~~FLORIDA~~ *Alabama*

*Coffee* COUNTY.

KNOW ALL MEN BY THESE PRESENTS: That I, *J. P. Rawls*

for and in consideration of *One dollar and other valuable consideration to me in hand paid* DOLLARS, the receipt whereof is hereby acknowledged, do bargain, sell, convey and grant unto

*M. E. Rawls her*

heirs, executors, administrators and assigns forever, the following described property, to-wit:

*29 acres off of the East side of lots No. 4, Sec. 19, Tp. 1 South Range 22 West. Known as part of the J. E. Early homestead. Also lots No. 6, Tp. 2 South Range 23 West. Containing in all 100 acres more or less. Lying and being situated in the County of Okaloosa and State of Florida*

Together with all and singular the tenements, hereditaments and appurtenances thereunto belonging or in anywise appertaining, free from all exemptions and rights of homestead. And I covenant that I am well seized of said property, and have a good right to convey the same; that it is free of encumbrances, and that I and my heirs, executors and administrators, the said grantor her heirs, executors, administrators and assigns, in the quiet and peaceful possession and enjoyment thereof, against all persons lawfully claiming the same, shall and will forever warrant and defend.

IN WITNESS WHEREOF, I have hereunto set my hand and seal, this 12th day of Feb. A. D. 1917.

Signed, Sealed and Delivered in Presence of

*J. M. Loftin*

*James A. McLean*

*J. P. Rawls* (SEAL.)
_____ (SEAL.)
_____ (SEAL.)
_____ (SEAL.)

STATE OF ~~FLORIDA~~ *Alabama*

*Coffee* County.

Before the subscriber personally appeared *J. P. Rawls* and known to me to be the individual described, and acknowledged that he executed the foregoing instrument for the uses and purposes therein set forth. And the said _____ wife of the said _____ on a private examination by me, held separate and apart from her husband, acknowledged and declared that she executed the same freely and voluntarily, and without fear, apprehension, compulsion or constraint of or from her husband, and for the purpose of renouncing, relinquishing and conveying all her right of whatsoever kind in and to the said property.

Given under my hand and official seal, this 12th day of Feb. A. D. 1917.

My commission expires Oct. AD 1919. (Seal)

*J. M. Loftin, Notary Public Coffee County, Alabama*

I hereby certify that the above is a true and correct copy of the original as filed for record at 9 o'clock A. M., on the 28 day of Sept. A. D. 19__.

By *Lena Bogett* Deputy Clerk.

*D. H. McCallum* Clerk Circuit Court.

Unique Code : CAA-BAA-BCAJB-HCCCCFIF-DADEEH-I Page 22 of 32

D611 P125

125

STATE OF FLORIDA
OKALOOSA COUNTY.

WHEREAS, In accordance with that certain final decree of foreclosure and of sale, rendered by the Honorable A. G. Campbell, Judge of the Circuit Court of Okaloosa County, Florida, in Chancery, in a certain cause therein pending, wherein J. M. TARAFA was complainant, and GULF REDUCTION COMPANY, et al. were defendants, one T. R. JAMES was appointed Special Master in Chancery to make sale of the property described in said final decree. And under the terms of the said final decree, the said T. R. JAMES, as Special Master as aforesaid, did offer for sale at public outcry , before the County Court House door in the town of Crestview, Okaloosa County, Florida, on the first Monday in May, A. D. 1943, the property described in the said final decree, after having given notice of the time, place and terms of such sale by publication once each week for four consecutive times in the Okaloosa News-Journal, a newspaper published in Okaloosa County, Florida, in accordance with the said final decree, and

WHEREAS, J. M. TARAFA appeared and bid for the said property the sum of Five Thousand ($5,000.00) Dollars and he being the highest and best bidder therefor, the said property was publicly cried off and sold to him, for the said sum of Five Thousand ($5,000.00) Dollars; and

WHEREAS, the said Special Master made due report of the said sale to the Honorable A. G. Campbell, Judge of the Circuit Court of Okaloosa County, Florida, and the said sale has heretofore been confirmed by the said Court, and the Special Master ordered to make conveyance of the property described in the final decree;

NOW THEREFORE ,This indenture witnesseth:

That I, T. R. JAMES, as Special Master in Chancery as aforesaid, for and in consideration of the premises and of the said sum of Five Thousand ($5,000.00) Dollars, so bid as aforesaid, to me in hand paid by the said J. M. TARAFA, the receipt whereof is hereby acknowledged, have granted, bargained, and sold, and by these presents do grant, bargain, sell and convey, unto the said J. M. TARAFA, his heirs and assigns forever, the following described real estate, situate, lying and being in Okaloosa County, Florida, to-wit:

Lot Six (6) and the South Half (S½) of the North West quarter (NW¼) (or South Half of Lots Two (2) and Three (3)) and the Northeast quarter (NE¼) of the South-West Quarter (SW¼), (or North Half of Lot Five (5)) in Section Four (4), Township two (2), South, Range Twenty-three (23) West. Also the South half (S½) of Lot Five (5) in Section Four (4), Township Two (2) South, Range Twenty-three (23) West. Also Fractional Sections Eight (8) and Nine (9) Township Two (2) South, Range Twenty-three (23) West. together with the tenements, hereditaments and appurtenances thereunto belonging or in anywise appertaining; Also all buildings, machinery, improvements, equipment, tools, paraphernalia, furniture, and fixtures of every kind, character and description, comprising or connected with the plant located on the above described real estate, a complete description of which said machinery, equipment, tools, paraphernalia and furniture and fixtures is contained in the final decree rendered in the case of J. M. TARAFA, vs. Gulf Reduction Company, et al. in the Circuit Court of Okaloosa County, Florida, in Chancery, on the 12th day of April, A. D. 1943, and recorded in Chancery Order Book No. 2 at Pages 288 to 296 inclusive, of the records of said Court, to which final decree reference is hereby made and for the purpose of a more specific description of the personal property hereby conveyed;

TO HAVE AND TO HOLD the above described property unto the said J. M.

Unique Code : CAA-BAA-BCAJB-HCCCCFIF-DADEEH-I Page 23 of 32

126

ZARAFA, his heirs and assigns forever.

IN WITNESS WHEREOF, I have hereunto set my hand and seal as such Special Master this 16th day of May, A. D. 1923.

T. R. JAMES..............(SEAL)
As Special Master in Chancery.

Signed, sealed and delivered
in/presence of:
        Frank C. Webb,
        Arthur Miland.

--------------------------------

STATE OF FLORIDA
OKALOOSA COUNTY:

Before the undersigned authority, personally appeared T. R. JAMES, known to me to be the individual described in and who executed the foregoing instrument, and acknowledged and declared that he executed the same in the capacity and for the uses and purposes therein set forth.

Given under my hand and official seal, this 16th day of May, A. D. 1923.

Frank C. Webb,
(Notary Seal)
                    Notary Public.
My commission expires Apr. 20, 1924.

--------------------------------

I HEREBY CERTIFY the above and foregoing to be a true and correct copy of the original as filed for record at 9 o'clock, A. M. on this the 26th day of May, 1923.

D. H. MC CALLUM,
CLERK CIRCUIT COURT.

By _____
        Deputy Clerk.

--------------------------------

Unique Code : CAA-BAA-BCAJB-HCCCCFIF-DADEEH-I Page 24 of 32

180

THIS INDENTURE, Made this 29th, day of September, A. D., 1924, BETWEEN McCaskill Investment Company, a corporation existing under the laws of the State of Florida, having its principal place of business in the County of Walton and State of Florida party of the first part, and J. H. Carpenter, Jr., of the County of Walton and State of Florida party of the second part, WITNESSETH, that the said party of the first part, for and in consideration of the sum of Ten dollars and other valuable consideration Dollars, to it in hand paid, the receipt whereof is hereby acknowledged, has granted, bargained, sold, aliened, remised, released, conveyed and confirmed, and by these presents doth grant, bargain, sell, alien, remise, release, convey, and confirm, unto the said party of the second part and his heirs and assigns forever, all that certain parcel of land lying and being in the County of Okaloosa and State of Florida, more particularly described as follows:

| | Sec. | Tp.S. | Rge. W. | Acres. |
|---|---|---|---|---|
| SW¼ of SW¼ | 26 | 1 | 23 | 40 |
| N½ of NE¼ | 5 | 2 | 23 | 40 |
| NW¼ of NW¼ | 4 | 2 | 23 | 40 |
| | | | | 120 Acres. |

TOGETHER with all the tenements, hereditaments and appurtenances, with every privilege, right, title, interest and estate, reversion, remainder and easement thereto belonging or in anywise appertaining: TO HAVE AND TO HOLD the same in fee simple forever.

And the said party of the first part doth covenant with the said party of the second part that it is lawfully seized of the said premises; that they are free of all incumbrances, and that it has good right and lawful authority to sell the same; and the said party of the first part does hereby fully warrant the title to said land, and will defend the same against the lawful claims of all persons whomsoever.

IN WITNESS WHEREOF, the said party of the first part has caused these presents to be signed in its name by its President, and its corporate seal to be affixed, attested by its Secretary the day and year above written.

Signed, sealed and
delivered in our presence :

CARRIE BURKE

A. W. DANIELLY.

MC CASKILL INVESTMENT COMPANY,

By R. E. L. MC CASKILL, President.

Attest:  J. H. CARPENTER, Jr.,
Secretary.

(Corporate Seal)      (.50¢ Revenue Stamp)

STATE OF FLORIDA.
COUNTY OF WALTON.

I HEREBY CERTIFY, That on this 29th, day of September, A. D., 1924, before me personally appeared R. E. L. McCaskill and J. H. Carpenter, Jr., respectively President and Secretary of McCaskill Investment Company, a corporation under the laws of the State of Florida to me known to be the persons described in and who executed the foregoing conveyance to J. H. Carpenter, Jr., and severally acknowledged the execution thereof to be their free act and deed a such officers, for the uses and purposes therein mentioned; and that they affixed thereto the official seal of said corporation, and the said instrument is the act and deed of said corporation.

WITNESS my signature and official seal at DeFuniak Springs, in the County of Walton and State of Florida the day and year last aforesaid.

(SEAL).

CARRIE BURKE     (SEAL).
Notary Public, State of Florida.
My commission expires 14th, day of
October, 1926.

- - - - - - - - - - - - - +

I hereby certify the above to be a correct copy of the original as filed for record at 8 o'clock, A. M., this 14th, day of November, A. D., 1924.
D. H. MC CALLUM,
Clerk Circuit Court.

By Flora Baggitt
Deputy Clerk.

Unique Code : CAA-BAA-BCAJB-HCCCCFIF-DADEEH-I Page 25 of 32

311

INDEXED

Gainesville 07651.

### THE UNITED STATES OF AMERICA.

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

WHEREAS, a Certificate of the Register of the Land Office at GAINESVILLE FLORIDA, has deposited in the General Land Office, whereby it appears that, pursuant to the Act of Congress of May 20, 1862, "To Secure Homesteads to Actual Settlers on the Public Domain," and the acts supplemental thereto, the claim of

ROBERT A. BATTERFIELD

has been established and duly consummated, in conformity to law, for the LOT ONE AND THE NORTH HALF OF THE LOT TWO OF SECTION FOUR IN TOWNSHIP TWO SOUTH OF RANGE TWENTY-THREE WEST OF THE TALLAHASSEE MERIDIAN, FLORIDA, CONTAINING ONE HUNDRED SIXTY-FOUR ACRES, according to the Official Plat of the Survey of the said Land, returned to the GENERAL LAND OFFICE by the Surveyor-General:

NOW KNOW YE, That there is, therefore, granted by the UNITED STATES unto the said claimant the tract of Land above described; TO HAVE AND TO HOLD the said tract of Land, with the appurtenances thereof, unto the said claimant and to the heirs and assigns of the said claimant forever.

(SEAL OF THE GENERAL)
(LAND OFFICE)

IN TESTIMONY WHEREOF, I, WOODROW WILSON, President of the United States of America, have caused these letters to be made Patent, and the seal of the General Land Office to be hereunto affixed.

GIVEN under my hand, at the City of Washington, the SIXTEENTH day of MAY in the year of our Lord one thousand nine hundred and SIXTEEN and of the Independence of the United States the one hundred and Fortieth.

By the President:    Woodrow Wilson

By       M. P. LeRoy,    Secretary

L.Q.C.Lamar,
Recorder of the General Land Office.

RECORDED:  Patent Number 589089

------------------------------------------------------------

I hereby certify that the above is a true and correct copy of the original as filed for record this the 23rd day of November, A.D. 1916.

JAS. L. CLARY, Clerk Circuit Court.

By N. Pearl Barnett
Deputy Clerk.

Unique Code : CAA-BAA-BCAJB-HCCCCFIF-DADEEH-I Page 26 of 32

TD BK 4 Pg 109

## TAX DEED

**STATE OF FLORIDA.**

**County of Okaloosa**

KNOW ALL MEN BY THESE PRESENTS: That, whereas Tax Certificate No. ___131___ ... issued the ___24th___ day of ___September___ ... , 19.32 . was duly filed in the office of the Clerk of the Circuit Court of this county and application made for the issuance of a tax deed based thereon; and the applicant having paid or redeemed all other taxes on the lands hereinafter described required by law to be paid or redeemed, and the cost and expenses of this sale; and due notice of sale having been published as required by law, and person entitled so to do having appeared to redeem said land, such land was on the ___1st___ day of ___April___ 19. 46 . offered for sale at the court-house door for cash to the highest bidder _____

**Glyen Meigs** _____ he being the highest bidder for the same and having paid the sum of his bid:

THEREFOR, The State of Florida, in consideration of the premises, and in consideration of the sum of (\$ 675.09 )

... Six Hundred Seventy-five and 09/100 ...

being the amount paid upon the said tax certificate and for cost and charges, and in pursuance of the statute in such cases made and provided, has given, granted, bargained and sold, and does hereby give, grant, bargain and sell, and convey to the said

_____ Glyen Meigs _____ and to his heirs and assigns forever, to their own proper use, benefit and behoof the following land situated in the county and state aforesaid and described as follows:

... All, except South 500 feet of Lots 4, 5 and 6, Section 3; Township 2 South, Range 23 West. ...

containing ___450___ ... acres, more or less provided, however, that said land shall continue subject and liable for any unpaid taxes thereon.

IN TESTIMONY WHEREOF, By virtue of authority in me vested by law, and for and on behalf of the State of Florida, I, the undersigned, in Clerk of the Circuit Court for the county and state aforesaid, have executed this deed and have thereunto set my official signature and seal, at ___Crestview___ ... in the county of ___Okaloosa___ . and State of Florida, this ___1st___ day of .. ___April___ ... A. D. 19.46 .

(Clerk's Seal)

Signed, sealed and delivered in the presence of:

___Margarette Bowers___

___James R. Barrow, Sr.___

___Loren W. Rice___ (SEAL)
Clerk of Circuit Court, Okaloosa County, Florida

**STATE OF FLORIDA.**

**County of Okaloosa**

On this ___1st___ ... day of ... ___April___ ... . A. D. 19.46 . before me ... ___Vida B. Osborn___ ... personally appeared ___Loren W. Rice___ Clerk of the Circuit Court in and for the State and County aforesaid, to me known to be the person described in, and who executed the foregoing instrument, and acknowledged the execution thereof to be his own free act and deed for the use and purposes therein mentioned.

Witness my hand and official seal the date aforesaid.

(N.P. Seal)

___Vida B. Osborn___ Notary Public

My commission expires Feb. 11, 1949

**STATE OF FLORIDA.**

**County of Okaloosa**

On this ___1st___ ... day of ... ___April___ ... A. D. 19.46 . before me, ___Loren W. Rice___ ... Clerk of the Circuit Court in and for the County and state aforesaid, personally appeared ... ___James R. Barrow, Sr.___ ... to me known to be one of the subscribing witnesses to the foregoing instrument, who, being duly sworn, deposes and says that ... ___Loren W. Rice___ ... Clerk of the Circuit Court in and for County and State aforesaid, to him well known, did, in his presence, sign, seal and deliver the foregoing instrument of writing for the purposes therein mentioned, and that ... ___Margarette Bowers___ ... did in his presence witness the same, and that he and the said other witness did attest the same as witnesses in the presence of each other.

Sworn to and subscribed before me this the ___1st___ day of ... ___April___ ... A. D. 19 46 .

Clerk Circuit Court ... ___Okaloosa___ ... County.

___James R. Barrow, Sr.___

___Loren W. Rice, Clerk Circuit Court___ ... (Clerk's Seal)

**STATE OF FLORIDA.**

воок **635** page **71**

‖ OFFICIAL RECORDS

**This Warranty Deed** Made and executed the 21st day of December A.D. 19 71 by
JONITA, INC.

a corporation existing under the laws of    Florida    , and having its principal place of
business at   Shalimar, Florida
hereinafter called the grantor, to

C. K. Marshall & Company, Inc.

whose postoffice address is   P.O. Box 875
Shalimar, Florida
hereinafter called the grantee:

(Wherever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)

**Witnesseth:** That the grantor, for and in consideration of the sum of $ 10.00    and other
valuable considerations, receipt whereof is hereby acknowledged, by these presents does grant, bargain, sell,
alien, remise, release, convey and confirm unto the grantee, all that certain land situate in
County, Florida, viz:

Lots in Lake Lorraine Estates recorded in Plat Book 4, Page 50,
Okaloosa County, Florida:
Block C, Lots 1, 2, 3, 4, 5, 9, 10, 11, 12, 13, 23, 26, 28, 30,
33, 34, 35.
Lake Lorraine Estates 1st Addition as recorded at Plat Book 5,
Page 14, Okaloosa County, Florida:
Block F, Lots 1, 7, 8, 9, 10, 11, 12, 13
Block G, Lots 1 thru 37 inclusively
Block H, Lots 1 thru 9 inclusively

Subject to restrictive covenants recorded in Official Records
Book 466, Page 558, public records of Okaloosa County, Florida.

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold,** the same in fee simple forever.

**And** the grantor hereby covenants with said grantee that it is lawfully seized of said land in fee
simple; that it has good right and lawful authority to sell and convey said land; that it hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever;
and that said land is free of all encumbrances except general taxes accruing
subsequent to December 21, 1971

**In Witness Whereof** the grantor has caused these presents to
be executed in its name, and its corporate seal to be hereunto affixed, by its
proper officers thereunto duly authorized, the day and year first above written.

ATTEST:                                    JONITA, INC.

Signed, sealed and delivered in the presence of:

By

STATE OF   Florida
COUNTY OF  Okaloosa

I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the State and County aforesaid to take acknowledgments,
personally appeared   John W. Boyce and Lorraine R. Boyce

well known to me to be the   President and   Secretary   respectively of the corporation named the grantor
in the foregoing deed, and that they severally acknowledged executing the same in the presence of two subscribing witnesses freely and voluntarily
under authority duly vested in them by said corporation and that the seal affixed thereto is the true corporate seal of said corporation.
WITNESS my hand and official seal in the County and State last aforesaid this 21st day of December 71

Prepared By:
Pamela Harrison
P.O. Box 56
Shalimar, Florida

NOTARY PUBLIC
NOTARY PUBLIC, STATE OF FLORIDA AT LARGE
MY COMMISSION EXPIRES SEPT. 7, 1975
BONDED THRU FRED W. DIESTELHORST

Unique Code : CAA-BAA-BCAJB-HCCCCFIF-DADEEH-I Page 28 of 32



**BOOK 636 PAGE 460**

OFFICIAL RECORDS

**This Warranty Deed** Made and executed the 22nd day of June A.D. 1971 by

Associated Developers of Florida, Inc.

a corporation existing under the laws of Florida, and having its principal place of business at Post Office Box 12051, Pensacola, Florida, 32502 hereinafter called the grantor, to Charles K. Marshall and Betty Jo Marshall, his wife

whose postoffice address is 106 2nd Avenue, Fort Walton Beach, Florida

hereinafter called the grantee:

**Witnesseth:** That the grantor, for and in consideration of the sum of $10.00 and other valuable considerations, receipt whereof is hereby acknowledged, by these presents does grant, bargain, sell, alien, remise, release, convey and confirm unto the grantee, all that certain land situate in County, Florida, viz:

See attached legal

STATE OF FLORIDA DOCUMENTARY SUR TAX $1.10
STATE OF FLORIDA DOCUMENTARY SUR TAX $1.10
STATE OF FLORIDA DOCUMENTARY SUR TAX $5.50
STATE OF FLORIDA DOCUMENTARY SUR TAX $.55

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold,** the same in fee simple forever.

**And** the grantor hereby covenants with said grantee that it is lawfully seized of said land in fee simple; that it has good right and lawful authority to sell and convey said land; that it hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances.

STATE OF FLORIDA DOCUMENTARY STAMP TAX OKALOOSA COUNTY 2250

**In Witness Whereof** the grantor has caused these presents to be executed in its name, and its corporate seal to be hereunto affixed, by its proper officers thereunto duly authorized, the day and year first above written.

ATTEST: Duncan Beard, Secretary

Associated Developers of Florida, Inc.

Signed, sealed and delivered in the presence of:

By Andrew Roberts, President

STATE OF Florida
COUNTY OF Escambia

I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the State and County aforesaid to take acknowledgments, personally appeared Andrew Roberts and Duncan Beard

well known to me to be the President and Secretary respectively of the corporation named as grantor in the foregoing deed, and that they severally acknowledged executing the same in the presence of two subscribing witnesses freely and voluntarily under authority duly vested in them by said corporation and that the seal affixed thereto is the true corporate seal of said corporation.

WITNESS my hand and official seal in the County and State last aforesaid this 22nd day of June, A.D. 1971.

TCC-CL-250

NOTARY PUBLIC STATE OF FLORIDA

Notary Public, State of Florida at Large
My Commission Expires May 4, 1972

Unique Code : CAA-BAA-BCAJB-HCCCCFIF-DADEEH-I Page 29 of 32

EXHIBIT A
Tract "10"

BOOK 636 PAGE 461
OFFICIAL RECORDS

Commence at the Northeast Corner of Section 1,
R24W; thence S 16 degrees 51' 37" W, 3723.93' to the
centerline of Road "D" at Sta. 39+06.69; thence N 51
degrees 26' 01" W, 650' to the waters edge of a lake for
the Point of Beginning; thence S 51 degrees 26' 01" E,
650' to the centerline of Road "D"; thence N 32 degrees
33' 59" E, 576.55'; thence N 55 degrees 26' 01" W, 108.43'
on centerline of Road "C"; thence around a curve to the
right, having a delta of 22 degrees and a radius of 1500',
a distance of 575.959'; thence N 33 degrees 26' 01" W,
62.80'; thence S 45 degrees 33' 59" W, 190' to the waters
edge of another lake; thence along said waters edge 550'
more or less to the P.O.B., which is S 18 degrees 35'
51" W, 496.25' from the previous point.

Less 30' along Roads "B" & "C" for R/W and reserving
a 10' easement back from the waters edge to Associated
Developers Inc., their associates, assigns and/or invitees.

"LEGIBILITY POOR ON ORIGINAL INSTRUMENT"

Unique Code : CAA-BAA-BCAJB-HCCCCFIF-DADEEH-I Page 30 of 32

This Instrument prepared by
SIEGFRIED F. KESSLER
Attorney-at-Law
Box 585, Ft. Walton Beach, Fla.
1503

BOOK 7C8 PAGE 403

OFFICIAL RECORDS

**This Warranty Deed** Made and executed the 13th day of July A. D. 19 73 by

C. K. MARSHALL & CO., INC.

a corporation existing under the laws of State of Florida, and having its principal place of business at 362 Beal Parkway, Fort Walton Beach, Florida 32548 hereinafter called the grantor, to

MICHAEL B. DILL and wife, MARYANN B. DILL,

whose postoffice address is 1 Country Club Court, Shalimar, Florida 32579

hereinafter called the grantee:

(Wherever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)

**Witnesseth:** That the grantor, for and in consideration of the sum of $ 10.00 and other valuable considerations, receipt whereof is hereby acknowledged, by these presents does grant, bargain, sell, alien, remise, release, convey and confirm unto the grantee, all that certain land situate in Okaloosa County, Florida, viz:

Lot 30, Block G, LAKE LORRAINE ESTATES FIRST
ADDITION, according to plat thereof recorded
in Plat Book S, Page 14, Public Records of
Okaloosa County, Florida.

SUBJECT to restrictive covenants as recorded
in O.R. Book 466, Page 558, Public Records of
Okaloosa County, Florida.

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold,** the same in fee simple forever.

**And** the grantor hereby covenants with said grantee that it is lawfully seized of said land in fee simple; that it has good right and lawful authority to sell and convey said land; that it hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances.

STATE OF FLORIDA
DOCUMENTARY
STAMP TAX
DEPT. OF REVENUE
JUL 23'73
126.80

DOCUMENTARY
SUR TAX
FLORIDA
JUL 23 73
46.75

**In Witness Whereof** the grantor has caused these presents to be executed in its name, and its corporate seal to be hereunto affixed, by its proper officers thereunto duly authorized, the day and year first above written.

(CORPORATE SEAL)

ATTEST: [signature]
Jackson R. Huffstutler    Secretary/Treas.    C. K. MARSHALL & CO., INC.
Signed, sealed and delivered in our presence:

[signature]
Charles K. Marshall, Jr.
President

STATE OF Florida
COUNTY OF Okaloosa

I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the State aforesaid and in the County aforesaid to take acknowledgments, personally appeared

Charles K. Marshall, Jr., and Jackson
R. Huffstutler, as President and Secre-
tary/Treasurer, respectively,
to me known to be the person S described in and who executed the
foregoing instrument and they acknowledged before me that they
executed the same.

WITNESS my hand and official seal in the County and
State last aforesaid this 18 day of
July, A. D. 1973

Betty J. Buck
My commission expires Feb. 16, 1976

13 JUL 20 PM 2 27

OKALOOSA COUNTY, FLA.
CLERK CIRCUIT COURT
CECIL L. ANCHORS
FILED

39013 4

Unique Code : CAA-BAA-BCAJB-HCCCCFIF-DADEEH-I Page 31 of 32

** OFFICIAL RECORDS **
BK 2434  PG 3710

FILE # 2013198   RCD: May 05 2003 @ 12:27PM
Newman C. Brackin, Clerk, Okaloosa Cnty Fl

Deed Doc Stamps    $1,189.30   D.C.

Prepared by and return to:
Mary C. Salter

Old South Land Title
1270 N. Eglin Parkway Suite C11
Shalimar, FL 32579

File Number: 03-1077S
Will Call No.:

_____[Space Above This Line For Recording Data]_____

# Warranty Deed

**This Warranty Deed** made this 30th day of April, 2003 between **Michael E. Dill and Maryann E. Dill, husband and wife** whose post office address is 13915 Eylewood Drive, Winter Garden, FL 34787, grantor, and **Joel G. Ziegenhorn and Anne F. Ziegenhorn, husband and wife and Frances M. Gudson, an unmarried woman, as joint tenants with rights of survivorship** whose post office address is 1 Country Club Court, Shalimar, FL 32579, grantee:

(Whenever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, trusts and trustees)

**Witnesseth,** that said grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in Okaloosa County, Florida to-wit:

Lot 30, Block G, Lake Lorraine Estates, First Addition, according to the plat thereof recorded in Plat Book 5, page 14, of the Public Records of Okaloosa County, Florida.

Parcel Identification Number: 042S231433000G0300

Subject to taxes for 2003 and subsequent years; covenants, conditions, restrictions, easements, reservations and limitations of record, if any.

Subject to taxes for 2003 and subsequent years; covenants, conditions, restrictions, easements, reservations and limitations of record, if any.

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold,** the same in fee simple forever.

**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to December 31, 2002.

**In Witness Whereof,** grantor has hereunto set grantor's hand and seal the day and year first above written.

1 of 2

Unique Code : CAA-BAA-BCAJB-HCCCCFIF-DADEEH-I Page 32 of 32



Anne Frances Ziegenhorn-Executor

Inst. #3512049 Bk: 3592 Pg: 2236
Page 1 of 7 Recorded: 12/10/2021 3:34 PM
RECORDING ARTICLE V: $28.00 RECORDING: $33.00

DEPUTY CLERK asims
JD PEACOCK II CLERK OF COURTS,
OKALOOSA COUNTY, FLORIDA

corrected Deed Anne Zyhow 12/10/21
AMENDED QUITCLAIM

Record of Good Title/Certified by JD Peacock II

CERTIFICATION Pursuant to Sections 90.955(1) and 90.902(1), Florida Statutes, and Federal Rules of Evidence 901(a), 901(b)(7), and 902(1), the attached document is electronically certified by The Honorable JD Peacock II, Okaloosa County Clerk of the Circuit Court and Comptroller, to be a true and correct copy of an official record or document authorized by law to be recorded or filed and actually recorded or filed in the office of the Okaloosa Clerk of the Circuit Court. The document may have redactions as required by law.

Created by: Anne-Frances: Ziegenhorn

c o 21 Walter Martin Drive NE PMB- 1234

Fort Walton Beach, Florida republic [zip exempt]

Inst 3500387
BK: 3583 Pg 1553

Case 2018 CA 001447 F

Case 2021 MM 004578 F

STATE OF FLORIDA

V.

ANNE FRANCES ZIEGENHORN

Accepted for Honor

Amended/Correction of Land Patent #917597

Important Error Corrected

CERTIFIED A TRUE
AND CORRECT COPY
JD PEACOCK II
CLERK CIRCUIT COURT

BY _____
DEPUTY CLERK

DATE 9/27/22

Unique Code : BAA-BAA-BCAJB-DFAAFCC-JDIFA-D Page 1 of 3

FILE #3500522 RCD: 10/28/2021 10:10 AM, BK: 3583 PG: 2116, RECORDING: $15.00 RECORDING ARTICLE V: $12.00
D Doc Stmp: $0.70   DEPUTY CLERK asims
JD PEACOCK II CLERK OF COURTS, OKALOOSA COUNTY, FLORIDA

**RECORDING REQUESTED BY AND
WHEN RECORDED, RETURN TO:**

Joel and Anne Ziegenhorn
c/o rural route 1 County Club Ct.
Shalimar, Florida  NEAR [32579]

## QUITCLAIM DEED

For valuable consideration in the amount of Ten and 00/100 ($10.00) Dollars in silver, receipt of
which is hereby acknowledged,

> I, Joel G. Ziegenhorn and Anne F. Ziegenhorn, named as "assign" in the September 22,
> 1923  Jesse D. Dasinger Patent, United States Patent No. 917597, do, under the authority of
> said Patent, bring this Land, more particularly legally described below, out of Equity Status;
> and do hereby remise, release and forever quitclaim to:  Joel  G. Ziegenhorn and Anne F.
> Ziegenhorn, At Law Status;

By right of Ownership, I am claiming the below-described Land by authority of the  Assigned and  inherent
Patent Rights secured at least in Common Law and to so bring said Land into At Law Status.
**Filed October 27, 2021 at Okaloosa County Court House Int. #3500387 Bk: 3583 Pg: 1553**

The character of said Land and property so secured by said Land Patent, and legally described and
referenced under Patent listed above, is on Park County, Colorado.

> **LAND DESCRIPTION: Lot four of Section four and the North half of the Southeast quarter
> of Section 5, in Township 2 South, Range 53 West of the Tallahassee, Meridian, Florida,
> containing one hundred sixty acres and sixteen hundredths of an acre.**

This Deed, when recorded publicly, serves as notice to all that may have concerns that the above-
described land is secured and protected under the above-named Land Patent. All of the relevant
certified Land Patent documents are in the private possession of Joel  G. Ziegenhorn and Anne F.
Ziegenhorn and are viewable by appointment only.

Done /dated:  October 27, 2021, now, and *nunc pro tunc*, April 30, 

By: _____ Kelly Back       By: _____       Joel G. Ziegenhorn, Owner
By: _____ Tina Hunter      By: _____       Anne F. Ziegenhorn, Owner

Florida State
           : ss.
Okaloosa County )

On October 27 , 2021, before me, the undersigned, a Notary Public in and for said State, personally
appeared Joel G. Ziegenhorn and Anne F. Ziegenhorn, known to me to be the sovereign man whose name is
subscribed to the within instrument, or who produced satisfactory evidence that he is the individual whose name is
subscribed to the within instrument, and who duly acknowledged to me that he knowingly executed the same.  Purpose of jurat
is for the oath and identification only and cannot be used to indicate entry into any foreign jurisdiction.

Witness my hand and official seal.

_____
Notary               My Commission Expires 2-26-24

> TINA MARIE HUNTER
> MY COMMISSION # GG962930
> EXPIRES: February 26, 2024

Page 1

I HEREBY CERTIFY THAT THIS DOCUMENT IS A TRUE AND CORRECT COPY OF AN OFFICIAL RECORD OR
DOCUMENT AUTHORIZED BY LAW TO BE RECORDED OR FILED AND ACTUALLY RECORDED OR FILED IN
THE OFFICE OF THE OKALOOSA COUNTY CLERK OF THE CIRCUIT COURT & COMPTROLLER.
THIS DOCUMENT MAY HAVE REDACTIONS AS REQUIRED BY LAW.

VISIT http://www.okaloosaclerk.com/index.php/e-certify-documents-info TO VALIDATE THIS DOCUMENT

Digitally signed by The Honorable JD Peacock II
Date: 2021.12.10 13:18:47 -06:00
Okaloosa County Clerk of Circuit Court and
Comptroller
Location: 101 E. James Lee Blvd, Crestview, FL

We Joel Ziegenhorn and Anne Ziegenhorn, a divine, living man and woman created in the image of God, with indefeasible title to our land and lawful owners of the landed estate known as JOEL GARLAND ZIEGENHORN AND ANNE FRANCES ZIEGENHORN and it's real property and interest, under the seals, Joel Garland Ziegenhorn and Anne Frances Ziegenhorn have already recorded instrument # 3500522 Book 3583 Pg 2116 and we are now attaching the Certified copy of the Quitclaim by JD Peacock II on December 10th, 2021.

It is our freewill act and deed, to execute this acknowledgement of our acceptance of the deed and lawful ownership of the property under our Land Patent #917597 already recorded October 27, 2021 recorded instrument # 3500387 Book 3583 Pg 1513

All of our other real property and interest attached to this real estate is to be returned to us immediately including 2000 Ford F-150.

Done under our hand and seal of our freewill act and quitclaim and Land Patent previously recorded.

By: _____

Joel Garland Ziegenhorn© all rights reserved without prejudice.

By: _____

Anne Frances Ziegenhorn© all rights reserved without prejudice.

Notary Public as JURAT CERTIFICATE

FloridaState

OkaloosaCounty

The United States ofAmerica

On 10th day of December, in the year of our lord two thousand twenty-one, before me,a Notary Public, personally appeared Joel and Anne Ziegenhorn who proved to me based on satisfactory evidence to be the (wo)/man whose Name is subscribed to the within attached instrument and acknowledged to Me that (s)he/they executed the same in her authorized capacity, and that by his/her/their autograph(s) on the instrument the (wo)man executed the instrument following.

I certify under PENALTY OF PERJURY under the lawful laws of

Florida State that the foregoing paragraph is true and correct.

WITNESS my hand and official seal

Signature_____

of Notary/Jurat



seal

Notary Public State of Florida
Jennifer R. McCann.
My Commission GG 911747
Expires 04/26/2024

Notice to agents is notice to principal, Notice to principal is notice to agent.

This is The End of this affidavit.



# Electronically Certified Official Record

## DOCUMENT INFORMATION

**Agency Name:** Okaloosa County Clerk of Circuit Court and Comptroller

**Clerk of the Circuit Court:** The Honorable JD PEACOCK II

**Date Issued:** 12/10/2021 1:18:46 PM

**Unique Reference Number:** BAA-BAA-BCAJB-DFAAFCC-JDIFA-D

**Instrument Number:** 3500522

**Requesting Party Code:** 100

**Requesting Party Reference:** 2283820

## CERTIFICATION

Pursuant to Sections 90.955(1) and 90.902(1), Florida Statutes, and Federal Rules of Evidence 901(a), 901(b)(7), and 902(1), the attached document is electronically certified by The Honorable JD Peacock II, Okaloosa County Clerk of the Circuit Court and Comptroller, to be a true and correct copy of an official record or document authorized by law to be recorded or filed and actually recorded or filed in the office of the Okaloosa Clerk of the Circuit Court. The document may have redactions as required by law.

## HOW TO VERIFY THIS DOCUMENT

This document contains a Unique Reference Number for identification purposes and a tamper-evident seal to indicate if the document has been tampered with. To view the tamper-evident seal and verify the certifier's digital signature, open this document with Adobe Reader software. You can also verify this document by scanning the QR code or visiting https://Verify.Clerkecertify.com/VerifyImage .

**The web address shown above contains an embedded link to the verification page for this particular document.



Inst. #3580890 Bk: 3644 Pg: 1768
Page 1 of 2 Recorded: 9/27/2022 9:23 AM
RECORDING ARTICLE V: $8.00 RECORDING: $10.50

DEPUTY CLERK gnix
JD PEACOCK II CLERK OF COURTS,
OKALOOSA COUNTY, FLORIDA

RECEIVED JD PEACOCK
2022 SEP 27 AM 9::

Created by: Anne-Frances: Ziegenhorn

c/o 21 Walter Martin Drive NE PMB- 1234

Fort Walton Beach, Florida republic [zip exempt]

Inst 3500397
Bk: 3583 Pg 1553

Case 2018 CA 001447 F

Case 2021 MM 004578 F

STATE OF FLORIDA

v.

ANNE FRANCES ZIEGENHORN

Amended/Correction of Land Patent #917597

Important Error Corrected

Accepted for Honor

Nunc Tunc.

Page 1 of 2

Anne Frances Ziegenhorn-Executor

Corrected Deed Anne Zyhau 12/10/21
AMENDED QUITCLAIM

Record of Good Title/Certified by JD Peacock II

CERTIFICATION Pursuant to Sections 90.955(1) and 90.902(1), Florida Statutes, and Federal Rules of Evidence 901(a), 901(b)(7), and 902(1), the attached document is electronically certified by The Honorable JD Peacock II, Okaloosa County Clerk of the Circuit Court and Comptroller, to be a true and correct copy of an official record or document authorized by law to be recorded or filed and actually recorded or filed in the office of the Okaloosa Clerk of the Circuit Court. The document may have redactions as required by law.



CERTIFIED A TRUE
AND CORRECT COPY
JD PEACOCK II
CLERK CIRCUIT COURT
BY Isabella Blanco
DEPUTY CLERK
DATE 12-10-21

# Amended/Corrected Land Patent # 917597

Jesse D. Dasinger Granted by Calvin Coolidge September 22, 1923 Original Land Patent Grant Deed.

McCaskell Investment Company December 8, 1923

McCaskell Investment may have gone bankrupt as records show UNKNOWN for years and then show State of Florida until the State Tax deeds

Clyde Meigs September 4, 1939 Tax Deed from State of Florida

Clyde Meigs March 13, 1956 Warranty Deed

Vivian Meigs August 24, 1967 Warranty Deed upon Husbands death as heir of his Estate

Jonita Corporation December 1, 1966 purchased from Vivian Meigs

Jonita Subdivided 1971 smaller partial sold to

C. K. Marshall December 1071 Warranty Deed

Michael and Mary Ann Dill 1973 Warranty Deed

Joel & Anne Ziegenhorn and Frances Gudson (Anne's mother) April 2003 - Frances died 2006 Warranty Deed

 The court/property appraiser put the house in banks name on a few dates, March 2019, February 2021, August 6, 2021, removed completely, the back to February 2021(Lsf9 Master Participation Trust a/k/a U.S. Bank Trust a/k/a Caliber Home Loans Inc., 13801 Wireless Way, Oklahoma City, Oklahoma 73134) The date with Banks name as owner has changed multiple times (screenshots as evidence) most recent shows Feb. 2021, yet the "sale" was June 29, 2021. Why would the bank pay just over $267, 000.00 (paid to Okaloosa Clerk of Courts one(1) week after a court hearing with Judge Stone where I mention our Land Patent) for a house they supposedly already own?  As I listened to the CD from September 7th trial; it seems my original filing has a typo of "when Anne discovered Land Patents"... the correct time frame is in the Summer 2020, July sounds correct since many of us were home due to Covid/Mask restrictions. This is accurate; as we were Granted our Certified/Authenticated Land Patent by The Department of Interior dated June 7, 2021. My records verify dates I spoke with Ron Gibson, Gretchen Ward of Bureau of Land Management, and the Zoom hearing June 21,2021 where I told Judge Stone & LSF9 Trust, Female Attorney Ms. Manswell, of our Land Patent and how the Supreme Court has never ruled against a Lawful Land Patent. We have followed all the proper procedures in being Granted our Land Patent then followed the proper Public Notice and postings as seen within the documentation of the Recorded Grant Parchments. I wish Judge Mason would have asked me to clarify how we were Granted a Land Patent on June 7th, 2021 if I only discovered Land Patents in July of 2021; it is clearly a typo. Had I not heard it on the CD I would not have known to correct this important record, I do believe God works all things out for good.

This is a true affirmation to the best of my knowledge under the penalty of perjury.

By: _____    _____ Anne-Frances: Ziegenhorn - beneficiary of .

ANNE FRANCES ZIEGENHORN-Trust    Florida state Okaloosa county    Seal

Witness by: _____    Notary: _____

Notary Public State of Florida
Carol Ann Oliver
My Commission
HH 229948
Exp. 2/16/2020

Witness: _____

Unique Code : CAA-BAA-BCAJB-HCCCCFIF-DADEEH-I Page 8 of 32

4—1003-R.

Gainesville 016457.

# The United States of America,

To all to whom these presents shall come, Greeting:

WHEREAS, a Certificate of the Register of the Land Office at **Gainesville, Florida,**

has been deposited in the General Land Office, whereby it appears that, pursuant to the Act of Congress of May 20, 1862, "To Secure Homesteads to Actual Settlers on the Public Domain," and the acts supplemental thereto, the claim of

**Jessie D. Deninger**

has been established and duly consummated, in conformity to law, for the **Lot four of Section four and the north half of the southeast quarter of Section five in Township two south of Range twenty-three west of the Tallahassee Meridian, Florida, containing one hundred sixty acres and sixteen hundredths of an acre,**

according to the Official Plat of the Survey of the said Land, returned to the GENERAL LAND OFFICE by the Surveyor-General:

NOW KNOW YE, That there is, therefore, granted by the UNITED STATES unto the said claimant   the tract of Land above described; TO HAVE AND TO HOLD the said tract of Land, with the appurtenances thereof, unto the said claimant   and to the heirs and assigns of the said claimant   forever.

IN TESTIMONY WHEREOF, I, **Calvin Coolidge,**

President of the United States of America, have caused these letters to be made Patent, and the seal of the General Land Office to be hereunto affixed.

GIVEN under my hand, in the District of Columbia, the   **TWENTY-SECOND**

(SEAL)   day of   **SEPTEMBER**   in the year of our Lord one thousand nine hundred and   **TWENTY-THREE**   and of the Independence of the United States the one hundred and   **FORTY-EIGHTH**

By the President:

By

RECORD OF PATENTS: Patent Number   **917597**



Bureau of Land Management
Eastern States
5275 Leesburg Pike
Falls Church, VA 22041

JUN 0 7 2024
Date

I hereby certify that the reproduction is a true copy of the official record on file in this office.

Authorized Signature

Accepted for Honor

Case 3:24-cv-00345-TKW-ZCB   Document 1   Filed 07/22/24   Page 66 of 79

This Instrument prepared by
SIEGFRIED F. KESSLER
Attorney-at-Law
3rd 905, Ft. Walton Beach, Fla.
1503

BOOK 7C8 PAGE 403

OFFICIAL RECORDS

WARRANTY DEED
FROM CORPORATION

**This Warranty Deed** Made and executed the 13th day of July A.D. 19 73 by

C. K. MARSHALL & CO., INC.

a corporation existing under the laws of State of Florida , and having its principal place of business at 362 Beal Parkway, Fort Walton Beach, Florida 32548 hereinafter called the grantor, to

MICHAEL E. DILL and wife, MARYANN B. DILL,

whose postoffice address is 1 Country Club Court, Shalimar, Florida 32579

hereinafter called the grantee:

(Wherever used herein the term "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)

**Witnesseth:** That the grantor, for and in consideration of the sum of $ 10.00 and other valuable considerations, receipt whereof is hereby acknowledged, by these presents does grant, bargain, sell, alien, remise, release, convey and confirm unto the grantee, all that certain land situate in Okaloosa County, Florida, viz:

Lot 30, Block G, LAKE LORRAINE ESTATES FIRST
ADDITION, according to plat thereof recorded
in Plat Book 5, Page 14, Public Records of
Okaloosa County, Florida.

SUBJECT to restrictive covenants as recorded
in O.R. Book 466, Page 558, Public Records of
Okaloosa County, Florida.

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold,** the same in fee simple forever.

**And** the grantor hereby covenants with said grantee that it is lawfully seized of said land in fee simple; that it has good right and lawful authority to sell and convey said land; that it hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances

STATE OF FLORIDA
DOCUMENTARY STAMP TAX
DEPT. OF REVENUE
JUL 23'73
P.B.
126.90

DOCUMENTARY
SUR. TAX
FLORIDA
DEPT. of STATE
JUL 23'73
P.B.
46.75

**In Witness Whereof** the grantor has caused these presents to be executed in its name, and its corporate seal to be hereunto affixed, by its proper officers thereunto duly authorized, the day and year first above written.

(CORPORATE SEAL)

ATTEST: Jackson R. Huffstutler    Secretary/Trea.    C. K. MARSHALL & CO., INC.

Signed, sealed and delivered in our presence:

Jo Jarrett

Charles K. Marshall, Jr.
President

STATE OF Florida
COUNTY OF Okaloosa

I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the State aforesaid and in the County aforesaid to take acknowledgments, personally appeared

Charles K. Marshall, Jr., and Jackson
R. Huffstutler, as President and Secre-
tary/Treasurer, respectively,

to me known to be the person S described in and who executed the foregoing instrument and they acknowledged before me that they executed the same.

WITNESS my hand and official seal in the County and State last aforesaid this 13 day of July , A. D. 1973

Betty J. Buck
My commission expires Feb. 16, 1976

SPACE BELOW FOR RECORDING USE

'73 JUL 20 PM 2 27

CECIL L. RAY
CLERK CIRCUIT COURT
OKALOOSA COUNTY, FLA.
FILED

390134

Prepared by and return to:
Amy R. Scott
Southern Coast Title, LLC
12815 Emerald Coast Parkway
Suite 124
Miramar Beach, FL 32550
(850) 297-1826
File No SC-24-324

Parcel Identification No 04-2S-23-1433-000G-0300

**File #: 3674369    03/04/2024 02:43 PM**
**Fees: $18.50  DeedDocTax: $3,500.00**

**DC ASecrist**
**JD Peacock II Clerk of Circuit Court Okaloosa County, FL**

Documentary Stamp Taxes were collected in the
amount of 3,500.00 based on the purchase price
of 500,000.00.

[Space Above This Line For Recording Data]

# WARRANTY DEED
(STATUTORY FORM – SECTION 689.02, F.S.)

STATE OF FLORIDA
COUNTY OF OKALOOSA

This indenture made the 4th day of March, 2024 between **Lyle Bennett and Ksenia Bennett, husband and wife**, whose post office address is **1 Country Club Court, Shalimar, FL 32579**, Grantors, to **Jeffrey M. Roberts and Tiffany M. Roberts, husband and wife**, whose post office address is **8238 Nevada Street, Navarre, FL 32566**, Grantees:

Witnesseth, that said Grantors, for and in consideration of the sum of TEN DOLLARS (U.S.$10.00) and other good and valuable considerations to said Grantors in hand paid by said Grantees, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said Grantees, and Grantees' heirs and assigns forever, the following described land, situate, lying and being in Okaloosa, Florida, to-wit:

Lot 30, Block G, LAKE LORRAINE ESTATES FIRST ADDITION, according to the map or plat thereof, as recorded in Plat Book 5, Page(s) 14, of the Public Records of Okaloosa County, Florida.

The property is the homestead of the Granter.

Together with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

Subject to taxes for 2024 and subsequent years, not yet due and payable; covenants, restrictions, easements, reservations and limitations of record, if any.

TO HAVE AND TO HOLD the same in fee simple forever.

And Grantors hereby covenant with the Grantees that the Grantors are lawfully seized of said land in fee simple, that Grantors have good right and lawful authority to sell and convey said land and that the Grantors hereby fully warrant the title to said land and will defend the same against the lawful claims of all persons whomsoever.



File No.: SC-24-324

Warranty Deed

Page 1 of 2

**In Witness Whereof,** Grantors have  hereunto set Grantors' hand and seal the day and year first above written.

*Signed, sealed and delivered in our presence:*

**DOC #3674369  Page 2 of 2**
**03/04/2024 02:43 PM**

**Witness #1**

Signature:

Print name: _Holly Jalbert_

Address:

228 Brooks St. SE Suite A
Fort Walton Beach, FL 32548

**Witness #2**

Signature:

Print name: _Dylan Hansen_

Address:

228 Brooks St. SE Suite A
Fort Walton Beach, FL 32548

_Lyle Bennett by Ksenia Bennett, His Attorne in Fact_
Lyle Bennett by Ksenia Bennett, his Attorney-In-Fact

_Ksenia Bennett_
Ksenia Bennett

STATE OF _FLORIDA_
COUNTY OF _OKALOOSA_

The foregoing instrument was acknowledged before me by means of (x) physical presence or ( ) online notarization this _4th_ day of March, 2024, by by Ksenia Bennett  as Attorney in Fact for Lyle Bennett,  and Ksenia Bennett, who is known to me or who has produced _FL DL_ _____ as photo identification.

(AFFIX NOTARY SEAL HERE)

Notary Public
Printed Name:
My Commission Expires:

HOLLY R. JALBERT
Commission # GG 971693
Expires April 24, 2024
Bonded Thru Budget Notary Services

Accepted on

File No. SC-24-324

Warranty Deed

Page 2 of 2

FILE #3633009 RCD: 6/40/2023 03:45 PM, BK 3681 PG 3968, RECORDING Filed 07/22/24 RECORDING Page 70 of 79 $28.00
D Doc Stmp: $3,345.30    DEPUTY CLERK ASECRIST
JD PEACOCK II CLERK OF COURTS, OKALOOSA COUNTY, FLORIDA

Prepared by and Return to:
Hillsborough Title, Inc. DBA Paramount Title
12000 N Dale Mabry Hwy, Suite 140
Tampa, FL 33618
Attn: Missy Vancil
This Deed is prepared pursuant to the issuance of Title Insurance

Our File No.: CWR21-94890RE
Parcel Identification No.: 042S231433000G0300

## SPECIAL WARRANTY DEED

THIS INDENTURE, made this _April 20_____, 2023, between US Bank Trust NA, as Trustee for LSF9 Master Participation Trust, whose mailing address is: C/O of Hudson Homes Management, LLC, 3701 Regent Blvd., Irving, TX 75063, party of the first part, and Lyle Bennett and Ksenia Bennett, Husband and Wife,whose mailing address is: 1 Country Club Court, Shalimar, FL 32579, party/parties of the second part.

### W I T N E S S E T H:

First party, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other valuable considerations, receipt whereof is hereby acknowledged, does hereby grant, bargain, sell, aliens, remises, releases, conveys and confirms unto second party/parties, his/her/their heirs and assigns, the following described property, to wit:

Lot 30, Block G, LAKE LORRAINE ESTATES FIRST ADDITION, according to the plat thereof recorded in Plat Book 5, page 14, of the Public Records of Okaloosa County, Florida.

Subject, however, to all covenants, conditions, restrictions, reservations, limitations, easements and to all applicable zoning ordinances and/and restrictions and prohibitions imposed by governmental authorities, if any.

TOGETHER with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

TO HAVE AND TO HOLD the same in fee simple forever.

AND the party of the first part hereby covenants with said party of the second part, that it is lawfully seized of said land in fee simple: that it has good right and lawful authority to sell and convey said land; that it hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons claiming by, through or under the party of the first part.





IN WITNESS WHEREOF, first party has signed and sealed these present the date set forth on _____ April 26 _____, 2023.

Signed, sealed and delivered
in the presence of:

Witness Printed Name:  Belinda Perez

_____

Witness Printed Name:  Evelyn Waithaka

State of ___ Texas _____

County of ____ Dallas _____

US Bank Trust NA, as Trustee for LSF9 Master
Participation Trust
By: Hudson Homes Management, LLC, a
Texas Limited Liability Company
It's Attorney-in-Fact

By: _____

Print Name: ___ Hope Rosales _____
Title: Authorized Signer

The foregoing instrument was acknowledged before me by means of [✓] physical presence or [ ] online notarization, this _____ April 26 _____, 2023, by ____ Hope Rosales _____, the authorized signer of Hudson Homes Management, LLC who is attorney in fact for US Bank Trust NA, as Trustee for LSF9 Master Participation Trust, who is/are personally known to me or who has produced a valid driver's license as identification.

_____

Notary Public  Evelyn Waithaka

My Commission Expires:___ 1/24/2023 _____

Notary Seal

EVELYN WAITHAKA
Notary ID #124251629
My Commission Expires
January 23, 2024



CFN: 20200058297 BOOK 31790 PAGE 1900
DATE:01/23/2020 02:53:15 PM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

Document drafted by and
RECORDING REQUESTED BY:
Caliber Home Loans, Inc.
1525 South Belt Line Rd
Coppell, TX 75019

---

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## LIMITED POWER OF ATTORNEY

The trusts identified on the attached Schedule A (the "Trusts"), by and through
U.S. Bank Trust National Association, a national banking association organized and existing
under the laws of the United States and having an office at
60 Livingston Avenue, EP-MN-WS3D, St. Paul, MN  55107, not in its individual capacity but
solely as Trustee ("Trustee"), hereby constitutes and appoints each of (i) Caliber Home Loans, Inc.
(f/k/a Vericrest Financial, Inc.) ("Caliber"), (ii) Hudson Homes Management LLC ("REO Management
Vendor"), (iii) LSF8 Mortgage Holdings, LLC ("LSF8MH"), (iv) LSF9 Mortgage Holdings, LLC
("LSF9MH"), (v) LSF10 Mortgage Holdings, LLC ("LSF10MH") and (vi) LSF11 Mortgage Holdings,
LLC ("LSF11MH"), individually (each a "Servicer"), and in its name, aforesaid Attorney-In-Fact,
by and through any officer appointed by the Board of Directors of each Servicer, to execute and
acknowledge in writing or by facsimile stamp all documents customarily and reasonably
necessary and appropriate for the tasks described in the items (1) through (12) below; provided
however, that (a) the documents described below may only be executed and delivered by such
Attorneys-In-Fact if such documents are required or permitted under the terms of the related
servicing or management agreements, (b) all actions taken by Servicer pursuant to this Limited
Power of Attorney must be in accordance with Federal, State and local laws and procedures, as
applicable and (c) no power is granted hereunder to take any action that would be either adverse
to the interests of or be in the name of U.S. Bank Trust National Association in its individual
capacity. This Limited Power of Attorney is being issued in connection with Servicer's
responsibilities to service certain mortgage loans (the "Loans") and manage certain real estate
owned property (REO Property), in each case, held by the Trustee. The Loans are secured by
collateral comprised of mortgages, deeds of trust, deeds to secure debt and other forms of
security instruments (collectively the "Security Instruments") encumbering any and all real and
personal property delineated therein (the "Property") and the Notes secured thereby. Please
refer to Schedule A attached hereto.

1. Demand, sue for, recover, collect and receive each and every sum of money, debt, account
   and interest (which now is, or hereafter shall become due and payable) belonging to or
   claimed by the Trustee, and to use or take any lawful means for recovery by legal process or
   otherwise, including but not limited to the substitution of trustee serving under a Deed of
   Trust, the preparation and issuance of statements of breach, notices of default, and/or notices
   of sale, accepting deeds in lieu of foreclosure, evicting (to the extent allowed by federal, state
   or local laws) foreclosing on the properties under the Security Instruments by judicial or non-
   judicial foreclosure, actions for temporary restraining orders, injunctions, appointments of
   receiver, suits for waste, fraud and any and all other tort, contractual or verifications in



CFN: 20200058297 BOOK 31790 PAGE 1901

support thereof, as may be necessary or advisable in any bankruptcy action, state or federal suit or any other action.

2. Execute and/or file such documents and take such other action as is proper and necessary to defend the Trustee in litigation and to resolve any litigation where the Servicer has an obligation to defend the Trustee, including but not limited to dismissal, termination, cancellation, rescission and settlement.

3. Transact business of any kind regarding the Loans and REO Properties, as the Trustee's act and deed, to contract for, purchase, receive and take possession and evidence of title in and to the Property and/or to secure payment of a promissory note or performance of any obligation or agreement relating thereto.

4. Execute, complete, indorse or file bonds, notes, mortgages, deeds of trust and other contracts, agreements and instruments regarding the borrowers and/or the Property, including but not limited to the execution of estoppel certificates, financing statements, continuation statements, releases, satisfactions, reconveyances, assignments, loan modification agreements, payment plans, waivers, consents, amendments, forbearance agreements, loan assumption agreements, subordination agreements, property adjustment agreements, management agreements, listing agreements, purchase and sale agreements, short sale transactions and other instruments pertaining to mortgages or deeds of trust, and execution of deeds and associated instruments, if any, conveying the Property, in the interest of the Trustee.

5. Endorse on behalf of the undersigned all checks, drafts and/or other negotiable instruments made payable to the undersigned.

6. Execute any document or perform any act in connection with the administration of any PMI policy or LPMI policy, hazard or other insurance claim relative to the Loans or related Property.

7. Execute any document or perform any act described in items (3), (4), and (5) in connection with the termination of any Trust as necessary to transfer ownership of the affected Loans and/or the REO Property to the entity (or its designee or assignee) possessing the right to obtain ownership of the Loans and/or the REO Property.

8. Subordinate the lien of a mortgage, deed of trust, or deed or other security instrument to secure debt (i) for the purpose of refinancing Loans, where applicable, or (ii) to an easement in favor of a public utility company or a government agency or unit with powers of eminent domain, including but not limited to the execution of partial satisfactions and releases and partial reconveyances reasonably required for such purpose, and the execution or requests to the trustees to accomplish the same.

9. Convey the Property to the mortgage insurer, or close the title to the Property to be acquired as real estate owned, or convey title to REO Property.

10. Execute and deliver any documentation with respect to the sale, maintenance, preservation, renovation, repair, demolition or other disposition, of REO Property acquired through a foreclosure or deed-in-lieu of foreclosure, including, without limitation: permits, remediation

CFN: 20200058297 BOOK 31790 PAGE 1902

plans or agreements, certifications, compliance certificates, health and safety certifications, listing agreements; purchase and sale agreements; grant / limited or special warranty / quit claim deeds or any other deed, but not general warranty deeds, causing the transfer of title of the property to a party contracted to purchase same; escrow instructions; and any and all documents necessary to effect the transfer of REO Property.

11. Servicer has the power to execute additional limited powers of attorney and delegate the authority given to it by U.S. Bank Trust National Association, as Trustee, under the applicable servicing or Management agreements for the Trusts listed on Schedule A, attached.

12. To execute, record, file and/or deliver any and all documents of any kind for the purpose of fulfilling any servicing duties, including but not limited to those listed in subparagraphs (1) through (11), above, where Trustee's interest is designated, stated, characterized as or includes any reference to one or more of the following: "Indenture Trustee", "Owner Trustee", "Successor Trustee", "Successor in Interest", "Successor to" "Successor by Merger", "Trustee/Custodian", "Custodian/Trustee" or other similar designation.

Trustee also grants unto Servicer the full power and authority to correct ambiguities and errors in documents necessary to effect or undertake any of the items or powers set forth in items (1) to (12), above.

In addition to the indemnification provisions set forth in the applicable servicing or management agreements for the Trusts listed on Schedule A, attached, Servicer hereby agrees to indemnify and hold the Trustee, and its directors, officers, employees and agents harmless from and against any and all liabilities, obligations, losses, damages, penalties, actions, judgments, suits, costs, expenses or disbursements of any kind or nature whatsoever incurred by reason or result of the misuse of this Limited Power of Attorney by the Servicer. The foregoing indemnity shall survive the termination of this Limited Power of Attorney and the related servicing agreements or the earlier resignation or removal of the Trustee for the Trusts listed on Schedule A.

Witness my hand and seal this 20th day of February, 2019.

NO CORPORATE SEAL

On Behalf of the Trusts, by
U.S. Bank Trust National Association, as Trustee

Witness: Kristi Pardee

By: _____
John J. Kinzel, Vice President

Witness: Jennifer Jones

By: _____
Timothy G. Matyi, Vice President

Attest: Jennie L. Kunde, Trust Officer



CFN: 20200058297 BOOK 31790 PAGE 1903

## CORPORATE ACKNOWLEDGMENT

State of Minnesota

County of Ramsey

On this 20th day of February, 2019, before me, the undersigned, a Notary Public in and for said County and State, personally appeared John J. Kinzel, Timothy G. Matyi, and Jennie L. Kunde personally known to me (or proved to me on the basis of satisfactory evidence) to be the individual(s) whose names(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature: _____

Jocelyn L. Jerin

My commission expires:  1/31/2020

JOCELYN JERIN
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2020



CFN: 20200058297 BOOK 31790 PAGE 1904

## SCHEDULE A

LSF6 BERMUDA INVESTMENTS 2011-1 TRUST
LSF6 BERMUDA MRA TRUST
LSF6 MRA REO TRUST

LSF6 INVESTMENTS 2011-1 TRUST
LSF6 BERMUDA MRA HOLDINGS TRUST
LSF6 WLI TRUST

LSF7 BERMUDA NPL I TRUST
LSF7 BERMUDA NPL II TRUST
LSF7 BERMUDA NPL III TRUST
LSF7 BERMUDA NPL IV TRUST
LSF7 BERMUDA NPL V TRUST
LSF7 BERMUDA NPL VI TRUST
LSF7 BERMUDA NPL VII TRUST

LSF7 NPL I TRUST
LSF7 NPL II TRUST
LSF7 NPL III TRUST
LSF7 NPL IV TRUST
LSF7 NPL V TRUST
LSF7 NPL VI TRUST
LSF7 NPL VII TRUST

VERICREST OPPORTUNITY LOAN TRUST 2011-NPL2
VOLT PARTICIPATION TRUST 2011-NPL2
VOLT ASSET HOLDINGS NPL3
VOLT ASSET HOLDINGS TRUST XVI
VOLT NPL IX ASSET HOLDINGS TRUST
VOLT RPL XI ASSET HOLDINGS TRUST
VOLT RLF XII TRUST
VOLT XIV ASSET HOLDINGS TRUST
VOLT 2012-RPL1 ASSET HOLDINGS TRUST
VOLT 2012-NPL1 ASSET HOLDINGS TRUST
VOLT 2012 RPL2 ASSET HOLDINGS TRUST
VOLT RLP ASSET HOLDINGS TRUST

LSF8 MASTER PARTICIPATION TRUST
LSF9 MASTER PARTICIPATION TRUST
LSF10 MASTER PARTICIPATION TRUST
LSF11 MASTER PARTICIPATION TRUST
LSRMF MASTER PARTICIPATION TRUST

RC1 MASTER PARTICIPATION TRUST
LSRMF MH MASTER PARTICIPATION TRUST II



# IN THE CIRCUIT COURT IN AND FOR OKALOOSA COUNTY

US BANK TRUST NA AS TRUSTEE FOR LSF9 MASTER
PARTICIPATION TRUST
Plaintiff(s)

VS.

ZIEGENHORN, ANNE F , et al.
Defendant(s).

Case No:2018 CA 001447 F

## CERTIFICATE OF TITLE

The undersigned Clerk of the Circuit Court certifies that a Certificate of Sale was executed and filed in this action on February 16, 2021 , for the property described herein and that no objections to the sale have been filed within the time allowed for filing objections. The following property in Okaloosa County, Florida:

LOT(S) 30, BLOCK G OF LAKE LORRAINE ESTATES FIRST
ADDITION, AS RECORDED IN PLAT BOOK 5, PAGE 14, ET
SEQ., OF THE PUBLIC RECORDS OF OKALOOSA COUNTY,
FLORIDA

Property Address: 1 COUNTRY CLUB CT, SHALIMAR, FL 32579

was sold to: US BANK TRUST NA AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST
whose address is: C/O CALIBER HOME LOANS INC 13801 WIRELESS WAY, OKLAHOMA CITY OK, 73134

WITNESS my hand and the seal of this court on  June 29, 2021

Bid: $267,100.00.

J D PEACOCK II
CLERK OF CIRCUIT COURT

By: _Rusti Maynard_

Deputy Clerk

PREPARED BY:
J D PEACOCK II
CLERK OF CIRCUIT COURT
101 E. JAMES LEE BLVD
CRESTVIEW, FL 32536



RECEIVED JD PEACOCK II
2023 MAY 31 PM 4:01

joel-garland and anne-frances: house of ziegenhorn
Rural Route, Private Property C002
Dp 01 Lot 006 at 1 Country Club Court
Near Shalimar, [00000]602.1.3(e)
Land Patent Certified from the Department of Interior

## IN THE CIRCUIT COURT OF THE FIRST JUDICIAL CIRCUIT FOR
## OKALOOSA COUNTY, FLORIDA

JOEL GARLAND ZIEGNEHORN™(Estate/Trust) Bonded at birth
:ziegenhorn, joel-garland: is/are the living beneficiary of the Cestui Que Vie Trust
ANNE FRANCES ZIEGNEHORN™(Estate/Trust) Bonded at birth
:ziegenhorn, anne-frances: is/are the living beneficiary of the Cestui Que Vie Trust
PLANTIFF/CLAIMANT

VS

TYLER E. MESMER, ESQ

TOPOZIUS & ASSOCIATES

US BANK TRUST, LSF9 MASTER PARTICIPATION TRUST

25 unknown Jane/John Doe(s), et al

Defendants

## NOTICE LIS PENDENS

THE DEFENDANTS, TYLER E. MESMER, ESQ., TOPOZIUS & ASSOCIATES, US BANK TRUST, LSF9 MASTER PARTICIPATION TRUST

YOU ARE HEREBY NOTIFIED OF THE FOLLOWING:

1. The Plaintiff/Claimant has instituted this action against you seeking to foreclose a lien with respect to the property below. The Plaintiff/Claimant(s) in this action are JOEL GARLAND ZIEGNEHORN™ and ANNE FRANCES ZIEGNEHORN™. Defendants are: TYLER E. MESMER, ESQ., TOPOZIUS & ASSOCIATES, et al.

2. Plaintiffs inform you that they hold the highest claim and interest with a Certified Land Patent, and both Legal and Equitable Title and are the real party in interest The property that is the subject matter of this action is in Okaloosa County, Florida and is described as follows:

Rural Route, Private Property C002
Dp 01 Lot 006 at 1 Country Club Court
Near Shalimar, [00000]602.1.3(e)

LAND PATENT 917597 Certified Copy on record Okaloosa County and Quit Claim
by House of ziegenhorn, joel-garland, and anne-frances, living man and woman,
beneficiaries of Cestui Que Vie Trust.
October 27, 2021 Land Patent Recorded Liber number 3500387-3583-1553
October 28, 2021 QUIT CLAIM DEED recorded Liber number 3500522-3583-2116
September 27, 2022 Correction recorded Liber number 3580890-3644-1768
Galatians 3 -4 The Promise then Jesus paid all our debt with His blood.



Parcel ID Number: 04-2S-23-1433-000G-0300 ("the property")
LOT #30, Block G

May 30th, 2023



:ziegenhorn, joel-garland: and :ziegenhorn, anne-frances: beneficiaries

Plaintiff/Claimant

Notary

Okaloosa county

Florida State

Today, the 30th day of May 2023, appeared before me, Joel Garland Ziegenhorn and Anne Frances Ziegenhorn, a living man and woman who presented evidence through valid identification, they are who is stated in this document.

_____    SEAL
Notary Signature

Notary Public State of Florida
Jennifer R. McCann
My Commission GG 98 747
Expires 04/26/2024

## NOTICE OF SERVICE

Attorney(s):

Mesmer, Tyler, Esq          and    TOPOUZIS & ASSOCIATES, P.C.
18851 NE 29TH AVE., STE 700        100 SE 2ND ST STE 2000
AVENTURA, FL 33180                 MIAMI, FL 33131-2101

US BANK TRUST, LSF9 MASTER PARTICIPATION TRUST/Caliber Home Loans, Inc
13801 Wireless Way
Oklahoma City, OK 73134

CC: Mail to United States Attorney General as General Counsel for
        united states of america and THE UNITED STATES CORPORATION
        950 Pennsylvania Avenue
        Washington D. C. 20530

CERTIFIED A TRUE
AND CORRECT COPY
JD PEACOCK II
CLERK CIRCUIT COURT

BY _____
DEPUTY CLERK

DATE 05/31/2023



2

