UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANNE-FRANCES ZIEGENHORN,
    Plaintiff,

vs.                                    Case No.: 3:24cv345-TKW/ZCB

UNITED STATES OF AMERICA,
    Defendant.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 9) and Plaintiff's "Response to Report and Recommendation and Judicial Notice[,] Notice to All Special Appearance" (Doc. 10). Based on the Court's de novo review of the issues raised in the response in accordance with 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), the Court agrees with the magistrate judge's determination that this case should be dismissed based on Plaintiff's failure to comply with court orders.[1]

Accordingly, it is **ORDERED** that:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

---

[1] The response, like Plaintiff's other filings, makes little sense, but it appears not to take issue with the magistrate judge's recommended dismissal of this case because it states: "If it pleases the court, feel free to remove the Miscellaneous filing in whatever appropriate way works for the court." Doc. 10 at 1.

2. This case is **DISMISSED without prejudice** based on Plaintiff's failure to comply with court orders.

3. The Clerk shall enter judgment in accordance with this Order and close the case.

**DONE and ORDERED** this 28th day of November, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**